United States District Court
Middle District of Florida
Orlando Division

United States of America

   v.                                    Case No: 6:23-cr-20-WWB-LHP

Ethan Lipper

### The Federal Defender's Motion for Leave to Withdraw as Appointed Counsel Private Counsel Retained (Amended)

The Office of the Federal Defender and Michael S. Ryan request leave to withdraw as appointed counsel because Mr. Lipper has hired and retained private counsel. Private attorney, Patrick Michael Megaro, filed his notice appearance with the Court in this case on February 15, 2023. Doc. 14. Undersigned Counsel personally met with Mr. Lipper on February 17, 2023, at the Seminole County Jail. Mr. Lipper agreed to the filing of this motion. L.R. 2.02(c).

                                        Respectfully submitted,

                                        A. Fitzgerald Hall, Esq.
                                        Federal Defender, MDFL

                                        */s/ Michael S. Ryan*
                                        Michael S. Ryan, Esq.
                                        Assistant Federal Defender
                                        Arizona Bar No. 0018139
                                        201 S. Orange Avenue, Suite 300
                                        Orlando, FL 32801
                                        Telephone: 407-648-6338
                                        Fax: 407-648-6095
                                        E-Mail: michael_ryan@fd.org

**Certificate of Service**

I HEREBY CERTIFY that undersigned electronically filed the foregoing with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Shannon Laurie, Assistant United States Attorney and Patrick Michael Megaro, this 22nd day of February 2023.

*/s/ Michael S. Ryan*
Attorney for Defendant
