**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

        v.                                   Case No. 6:23-cr-20-WWB-LHP
                                                                 (Forfeiture)

ETHAN LIPPER

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for entry of a Preliminary Order of Forfeiture, Doc.47, pursuant to 18 U.S.C. § 2428 and Fed. R. Crim. P. 32.2(b)(2).

After being fully advised in the premises, the Court finds that the United States established the requisite nexus between the below property and the defendant's crime of attempted enticement of a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b), as charged in Count One of the Indictment.

Accordingly, it is hereby

**ORDERED** and **ADJUDGED** that for good cause shown, said Motion of the United States (Doc. 47) is hereby **GRANTED**.

It is **FURTHER ORDERED** that pursuant to the provisions of Federal Rule of Criminal Procedure 32.2(b)(2) and 18 U.S.C. § 2428 that the Blue Apple iPhone 14 seized from the defendant on February 1, 2023, is hereby forfeited to the United States for disposition according to law.

It is **FURTHER ORDERED** that:

1. The United States will provide written notice to all third parties known to have an alleged legal interest in the asset and will publish notice on the internet at www.forfeiture.gov.

2. That any person, other than Ethan Lipper, who has or claims any right, title or interest in the asset must file a petition with this Court for a hearing to adjudicate the validity of their alleged interest in the asset. The petition should be mailed to the Clerk of the United States District Court, Orlando Division, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120, within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

3. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited asset, the time and circumstances of the petitioner's acquisition of the right, title or interest in asset and any additional facts surrounding the petitioner's claim and the relief sought.

4. After receipt of the petition by the Court, the Court will set a hearing to determine the validity of the petitioner's alleged interest in the asset.

5. That upon adjudication of all third-party interests in the asset this Court will enter a Final Judgment of Forfeiture in which all interests will be addressed.

The Court retains jurisdiction to entertain any third-party claims that may be asserted in these proceedings, and to enter any further orders necessary for the forfeiture and disposition of the subject asset.

**DONE** and **ORDERED** in Orlando, Florida on July 12, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record