

Joel A. Sickler, Founder
jsickler@justiceadvocacygroupllc.com

**MEMORANDUM**

**CONFIDENTIAL – WORK PRODUCT**

| | |
|---|---|
| **TO:** | **ETHAN LIPPER** |
| **FROM:** | **JOEL A. SICKLER** |
| **DATE:** | **AUGUST 2, 2023** |
| **RE:** | 1) **SECURITY CLASSIFICATION & DESIGNATION PROCESS**<br>2) **COVID-19 MODIFIED OPERATIONS PLAN**<br>4) **FIRST STEP ACT FEDERAL TIME CREDITS**<br>3) **FACILITY OPTIONS: FCI ALLENWOOD, PA & FCI DANBURY, CT** |

I provide the following information on the Bureau of Prisons' (BOP) security classification system and designation process as we prepare for your upcoming sentencing hearing set for August 31, 2023. Before I provide you with a brief review of the above facilities (listed in alphabetical order), I have included a section on the BOP's current status of the modified operations in response to the pandemic. I have also included a section on the First Step Act (FSA) time credits and how such credits can help to reduce your sentence and/or increase the time you may serve outside the institution in prerelease. After you have reviewed this information we can discuss your choices further.

1) <u>**SECURITY CLASSIFICATION & DESIGNATION PROCESS**</u>

The Bureau of Prisons' (BOP) **security designation policy** takes into consideration many factors when classifying inmates including age, criminal history, and education level along with other variables. Given the information provided in your Presentence Investigation Report (PSR), you will score at low-security. The following is my estimate of your security level score:

1) you will not be allowed to voluntarily surrender (0 pts.);
2) offense (Attempted Enticement of a Minor to Engage in Sexual Activity) severity should be rated "High" (5 pts.);
3) no criminal history points (0 pts.);
4) no history of prior violence (0 pts.);
5) no history of escape (0 pts.);
6) no open detainers (0pts.);
7) 21-years old (8 pts.);
8) graduated high school (0 pts.);
9) a history of substance abuse within the last five years (1 pt.).

Therefore, the total security designation points are *fourteen* (14) yielding a security level of "**Low**" (12-15 points).

The BOP also utilizes what are termed "Public Safety Factors" (PSF) and "Management Variables" (MGTV) to account for other security considerations. In your case, you will have the PSF of "Sex Offender" applied to your scoring which requires that you be housed in at least a **low-security** facility throughout service of your sentence.

An important way to impact your **designation** is by requesting that Judge Berger make a judicial recommendation to the BOP regarding your facility placement on the Judgment order. Once we have discussed this information and made that decision, your attorneys can request that Judge Berger include such a specific recommendation in the Judgment order. While the BOP will try to accommodate the Court's request, it is the BOP that makes the final decision regarding your eventual designation, specifically, the BOP's Designation and Sentence Computation Center (DSCC) in Grand Prairie, Texas. The LIMA team, headed is responsible for making the determination as to what security level is appropriate for all offenders from all district in Florida.[1] The DSCC's "Hotel Team" (headed by Jennifer Rich) then selects the appropriate institution consistent with the defendant's security level and medical classification determination.

Following your sentencing hearing, the process to designate you will begin once your paperwork (your Judgment and PSR) has been uploaded by U.S. Probation and the U.S. Marshals Service forwards the request for your designation to the BOP. This process usually takes about 30 days, though it may take less (or more) time. We will of course be in contact with both the USMS and the DSCC staff to make sure the paperwork is properly submitted and considered, *and*, most importantly, to advocate for your facility of choice.

### 2) UPDATE ON BOP MODIFIED OPERATIONS PLAN

In early 2020, the BOP instituted a Modified Operation Plan (also referred to as the **COVID-19 Pandemic Plan**). President Biden announced the end the declarations of national emergency and public health emergency (PHE) on May 11, 2023. *The BOP ended the COVID-19 Pandemic Plan one month later, on June 10, 2023*. In advance of that June 10 date, most of the COVID protocols had abated. For instance, the wearing of masks indoors is now optional, programming, and recreational activities have fully resumed, and visitation rules are returning to pre-COVID standards. Additionally, there is no longer the quarantine of inmates based upon vaccination status.

However, the BOP **COVID-19 Operational Levels** that govern infection procedures or modifications to operations (such as programming and services) are still determined and reported on the BOP's website.[2] The Operational Level procedures were adjusted in March 2023 and is now determined by each facilities' COVID-19 isolation rate and the COVID-19 community risk of the county where the facility is located.[3] As of today, both facilities listed in this memorandum are rated an Operational Level 1 (GREEN).

---

[1] The various districts in the country are handled by 17 different teams. Team LIMA handles all district of Florida, Guam, Northern Marianna Islands and the Virgin Islands

[2] *See* https://www.bop.gov/coronavirus/covid19_modified_operations_guide.jsp .

[3] The BOP changed the "operational level" system in March 2023. Previously, it was determined by each facilities' COVID-19 isolation rate, combined percentage of staff and inmate completed vaccination series, and their respective community transmission rates. Now it is based on two indicators of COVID-19 risk.

The *Operation Level will be raised or lowered after 48 hours* of respective sustained increases or decreases in the following indicators:

>**Level 1** (GREEN) – Medical isolation rate is < 2% AND new community positive cases is < 100 per 100,000 over the past 7 days.

In terms of <u>Inmate Programming and Services Modifications</u>:

>**Level 1** (or GREEN) – Normal operations are in place for all the following: Barber/Beauty Shop; Commissary/Phones/CorrLinks; Laundry; Law Library; Programs & Services (Educations, Psychology, Religious); Recreation, Work Detail/UNICOR. Transportation services and Visitation (<u>contact is allowed</u>) always require masks.

### 3) FIRST STEP ACT (FSA) FEDERAL TIME CREDITS

Most statutes in the U.S. Code which involve a sexual offense bar defendants from being eligible to earn time credits that can reduce one's sentence or allows for additional prerelease to either a Residential Reentry Center (RRC – formerly know as a halfway house) or to home confinement. However, the statute to which you pleaded guilty (18 USC §2422(b) – Attempted Enticement of a Minor to Engage in Sexual Activity) does <u>not</u> preclude you from earning Federal Time Credits (FTCs). The list of statutes which make an individual ineligible can be found at https://uscode.house.gov/view.xhtml?req=granuleid:USC-prelim-title18-section3632&num=0&edition=prelim

**<u>How it Works</u>**

The BOP's Designation Center in Grand Prairie, Texas has structured a computerized system to track FTCs – the FTC Auto-Calculation application. All inmates (regardless of their PATTERN score will) be reviewed. Inmates who are ineligible for "time" credits (i.e., early transfer into a halfway house, home confinement, or supervised release) can still earn credits towards commissary spending limits and other benefits. The Unit Team[4] is responsible for determining if an inmate is eligible to earn FTCs based on the current conviction and prior criminal convictions[5]

To earn Federal Time Credits (FTCs), inmates must a) complete the needs assessment forms, and b) participate in any program which their unit team has determined is appropriate for them.

---

[4] This is somewhat concerning given that this very basic decision regarding an inmate's eligibility is left at a low-level comprised of thousands of BOP personnel who are not necessarily schooled to make such an important decision. In my mind this decision should be determined at the BOPs Designation and Sentence Computation (DSCC) in Grand Prairie, Texas and the new FTC Auto-Calculation application.

[5] If an inmate's current statute(s) of conviction allow them to be eligible for earning time credits, and if they have a prior record it too must be reviewed to determine if the inmate is eligible to earn time credits. An inmate will be determined to be ineligible if a) their current offense is a "serious violent felony" (defined by 18 USC §3559(c)(2)(F)); <u>and</u> b) the inmate was sentenced to more than one year for the current offense; <u>and</u> c) the inmate served a term of imprisonment for more than a year for a previous state or federal offense (adult conviction only) consisting of murder, voluntary manslaughter, assault with intent to commit murder, aggravated sexual abuse and sexual abuse, abusive sexual contact, kidnapping, carjacking, arson or terrorism.

Participation and completion of the forms is essential to determine and maintain the inmate's "earning status." *Inmates who refuse or fail to complete any portion of the needs assessment and /or refuse or decline to participate in any program recommended to address as specific identified need are considered "opted out" and will not earn FTCs*.

The SPARC-13 (Standardized Prisoner Assessment for Reduction in Criminality)[6] needs assessment includes a self-audit section that inmates must complete. BOP PS 5410.01 states the SPARC-13 is ordinarily completed within the 30 days of the inmate's arrival – during an inmate's Initial Classification.  The needs assessment is used to assess the inmate in 13 need areas. It requires that you note your need to address the following issues:

1. Anger/hostility
2. Antisocial peer associations
3. Cognitions
4. Dyslexia
5. Education
6. Family/parenting
7. Finance/poverty
8. Medical
9. Mental Health
10. Recreation/Leisure/fitness
11. Substance use
12. Trauma
13. Work

The PATTERN tool is completed during the inmate's Initial Classification and is used to assign each incoming inmate an initial recidivism risk level of Minimum, Low, Medium, or High.[7] The inmate's PATTERN score determines the "earning rate." All inmates will earn 10 days per 30 days of successful EBBR or PA recommended. Those scored at minimum or low risk or have dropped to a minimum or low risk level and maintained it for two consecutive assessment periods, can earn 15 days of FTCs for every 30-day period of successful EBBR or PA recommended.

FSA Federal Time Credits you can earn to help reduce your term of imprisonment (either through an increase in prerelease to the community via release to a halfway house[8] or home confinement, or a reduction in sentence). After you have been sentenced and designated, we will estimate the amount of time credits you will be able to earn and how that will impact the amount of time you will serve at your assigned institution, any reduction of sentence (there is a maximum of 365 days or one year that may be applied to a reduction in sentence "RIS" or "transfer to supervised release") and potential prerelease time.

---

[6] Details of the SPARC-13 can be viewed on the BOP Website: https://www.bop.gov/inmates/fsa/docs/bop_fsa_needs_validation_report_2021.pdf.
[7] BOP PS 5410.01; Nov, 18, 2022; First Step Act of 2019 – Time Credits: Procedures for Implementation of 18 USC 3632(d)(4), p.8.
[8] Residential Reentry Center (RRC).

### 4) FACILITY INFORMATION

I have included the two "best" low-security facilities for your review that are in the Northeast Region near your parent's home in Millstone, NJ. FCI Allenwood (203 miles) is a well-run safe location. FCI Danbury, CT is closer to your parent's home (126 miles) and is quite safe as well. I present them below in alphabetical order.

In general, **low facilities** are surrounded with gun towers and high fences entangled with razor-ribbon. They are generally much larger institutions than the camps holding more than 1,000 inmates. Each has an administration building, a recreation center or gym, a host of dormitories, and buildings housing a library, education center and infirmary. There is typically a ball field, walking or running track and exercise equipment. Inmates are free to move about *only through controlled moves every hour on the hour*. There are rarely fights or fear of being assaulted. Inmates are required to stand count six times per day, hold down a job and attend school or counseling if necessary.

- **Allenwood, PA – Low Security Correctional Institution (LSCI)**

LSCI Allenwood is the best-run low-security facility in the Northeast. Allenwood is situated in the



foothills of the northern Allegheny Mountains. It is located 2 miles north of the city of Allenwood on U.S. Route 15; 11 miles south of Williamsport; and 196 miles north of Washington, DC. The Low Security Correctional Institution (LSCI) Allenwood is located directly off Highway 15, twelve (12) miles north of Lewisburg, PA. If you are arriving via US Interstate 80, take the north exit (210B), (old exit 30B), to highway 15 and proceed north approximately five (5) miles. The institution is on the left at the traffic light. This facility is located about **203 miles from Millstone, NJ, or about a three hour and ten-minute drive**.

The low-security FCI at Allenwood (or LSCI) is located on a "correctional complex" – a large compound or geographical area where there are multiple institutions. At Allenwood, there are two other prisons: a larger medium-security prison and a smaller higher-security facility. Do not be alarmed as you arrive. You will immediately see the two major prisons and the vast security apparatus that surrounds them (e.g., high, electrified fences, glistening razor-wire; gun towers, perimeter foot and mobile patrols, etc.). Some of these security measures are in place at the LSCI as well, but to a lesser extent. But, please be assured, while these security measures are strict (and visually intimidating) at the LSCI, once inside the secure parameter, the compound itself is much like a minimum-security camp.

The **institution was newly built in 1993** from the ground up. The buildings are modern and spacious. Previous clients have commented on the serene and picturesque surroundings as viewed from inside the compound. The facility is located within the Susquehanna Valley in PA. As strange as it may sound, the surrounding views of the farmhouses and general landscape, including the incredible cloud formations hovering above on certain days, can offer a tranquil setting. The most pleasant months of the year for Allenwood are June, September and August. In Allenwood, there are 5 comfortable months with high temperatures in the range of 70-85°. July is the hottest month

for Allenwood with an average high temperature of 84.5°, which ranks it as warmer than most places in Pennsylvania. January is the snowiest month in Allenwood with 10.0 inches of snow, and 6 months of the year have significant snowfall. July is the most humid month, though humidity is low for most of the year.

The FCI currently **houses 1,058 inmates**, representing an overcrowding rate of 6.7 percent (rated capacity is 992).[9] It should be noted that the design capacity (additions made since it was rated to allow for additional space for inmate housing) is 1,064. LSCI Allenwood is currently rated an Operational Level 1 (GREEN) and is open for social visits.

Inmates are **housed dormitory style** with cubicles holding 2-3 inmates sleeping in bunk beds (if 3 there is a side bed) – assignment is based upon seniority. New arrivals get the top bunk in a 3-man cubicle. Each inmate has a locker in which to keep their personal items. Each living area within a unit building has a microwave & laundry machines, as well as T.V. rooms. Allenwood's dorms have air conditioning.

You will receive a **work assignment**, as required of all inmates not excluded for health or security reasons. At Allenwood, inmates supplement BOP staff by working in jobs that range from grounds keeping to clerical work, kitchen duty and general maintenance. Usually, you will have approximately two weeks to determine your own work assignment. Apply directly in writing to staff of various departments (e.g., Recreation, Education, Compound Work Detail or "CCS", etc.). Be quick about this and follow through or Food Service will sign you up and unless you are a cook, it's a tough job. Jobs in Recreation are the best - staff there is also the friendliest. As in the free world, some inmates seek several jobs while others seek cover with a menial single job requiring only a few hours a day to complete; to a number, though, access to food as part of the "cooking" staff makes a kitchen assignment among the FCI's most popular occupations. Former inmates also report office cleaning as a simple, light-duty job, if such is your preference. Absent other statements of experience, however, new arrivals tend to find themselves on menial food service assignments (dishwashing or table clean-up) or on grounds and landscaping crews. A grounds assignment also means trash removal duties (even overnight) until new jobs become available. The Allenwood complex also house a UNICOR factory (furniture) which provides higher pay for inmates.

The **recreation** offered at Allenwood includes an indoor and outdoor weight room, and a gym with treadmills and stationary bikes. There is an outdoor track, as well as softball, football and soccer fields. There are basketball and handball courts. There is also a leisure center with table soccer, Ping-Pong and two pool tables. They offer painting classes and aerobic classes. There is also a music program available of which the BOP is actually quite proud. Instruction is offered in piano, guitar, bass, saxophone, banjo, harmonica, music theory, song writing, vocal production, and much more. It's a very creative way to pass the time, learning to play a musical instrument, and alleviates the *boredom*, which will be your primary nemesis throughout your stay.

FCI Allenwood offers **adult continuing education** and varied correspondence courses. **Vocational opportunities include** apprenticeships (24 months) in Cooking and Housekeeping

---

[9] All figures in this memorandum are current as of May 18, 2023. See the Bureau's Weekly Population Report at http://www.bop.gov/about/statistics/population_statistics.jsp (updated every Thursday). All capacity figures are current as of March 2019.

and occupational education classes (6 months) in Culinary Arts, Fiber Optics and VT Computer/Internet Computing Core Certification. Each program provides an accredited certificate. Adult Continuing Educations, College/Correspondence Courses, Parenting and Job Search Skills are non-mandatory programs offered through the Education Department.

**Visitors** may see you on **Fridays, Saturdays, Sundays** and **Federal holidays from 8:00 AM until 3:00 PM**. LSCI Allenwood utilizes a point system. All inmates are allocated 12 points at the beginning of each month. All visits count as 2 points. No points are used for holiday visits. Inmates are allowed no more than 5 visitors at a time (including children count).

- **Danbury, Connecticut – Federal Correctional Institution**

FCI Danbury is located three miles south of the city of Danbury in Fairfield County, Connecticut, 70 miles from New York City. Danbury is located **126 miles from your parent's home, or about a two hour and twenty-minute drive**. Inmates refer to the FCI as the "big prison down the hill." The FCI was originally opened in 1940 and housed male inmates, most notably draft dodgers from WWII.  It housed women for decades, and has been converted back to a men's FCI.



The most pleasant months of the year for Danbury are June, August, and July. In Danbury, there are 5 comfortable months with high temperatures in the range of 70-85°. July is the hottest month for Danbury with an average high temperature of 82.4°. January and February are the coldest months, with an average low of 21°. January is the snowiest month in Danbury with 12.2 inches of snow, and 6 months of the year have significant snowfall. July is the most humid month, though humidity is low for most of the year.

Rated in 2019 at a capacity of 554 inmates, FCI Danbury's **population of 884 inmates** reflects **a facility operating well over capacity**. FCI Danbury is currently rated an Operational Level 1 (GREEN) and is open for social visits.

Inmates are **housed in dormitory-style**, open bay bed cubicles with one or two bunk bed and two to four men in each cubicle.  Newcomers are always assigned the top bunk. Each inmate has their own locker for personal items. Some men are housed in larger rooms with six men to a room. Each living area has a microwave and kitchen area.

FCI Danbury offers adult **continuing education** and some correspondence courses and a number of vocational/apprenticeship opportunities. The most recent directory of occupational training includes (though they are not all available at the same time):

| | | | |
|---|---|---|---|
| • Baker | 36 months | • Legal Secretary | 12 months |
| • Carpenter | 48 months | • Material Coord. | 24 months |
| • Chaplain Support | 12 months | • Meat Cutter | 24 months |
| • Cook | 36 months | • Office Manager | 24 months |
| • Culinary Arts | 4 months | • Painter | 36 months |
| • Dental Assistant | 12 months | • Peer Specialist | 12 months |
| • Education & Training | 15 months | • Plumber | 48 months |
| • Electrician | 48 months | • Quality Control | 24 months |
| • Horticulture | 4 months | • Recreation Asst. | 27 months |
| • Horticulturist | 36 months | • Stationary Engineer | 48 months |
| • Housekeeping | 12 months | • Teacher Aide | 24 months |
| • HVAC | 48 months | • Tool Machine Oper. | 36 months |
| • Landscape Tech | 12 months | • Welder | 36 months |

The **recreation** offered at Danbury includes indoor and outdoor activities ranging from individualized art and craft programs to intramural team sports such as softball, basketball, and volleyball. There is also a track available for walking and jogging, as well as exercise bikes and stair-stepping machines.

Visitors may see you on **Mondays, Fridays**, **Saturdays, Sundays, and federal holidays from 8:30 AM until 3:00 PM. Each inmate is allotted 12 points at the beginning of each month – all weekday visits count 1 point, weekend and holiday visits count 2 points.** Each inmate is limited to three adult visitors and five children at one time.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

After you have had time to review this memorandum we can discuss your options further. As always I am available at (703) 574-1075, or on my cell at (703) 622–6227. You may also email me at jsickler@justiceadvocacygroupllc.com.