FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry ____08/24/2023____

### CHILD VICTIM AND CHILD WITNESS IDENTITY INFORMATION

This document contains information regarding a child victim's or child witness's identity, which may only be disclosed to individuals who have a need-to-know such information by reason of their participation in the associated investigation or proceeding, or if disclosure is necessary to protect the welfare and well-being of the child.


A review of LIPPER's Apple IPhone revealed the following information:


Apple ID: emlipper4@gmail.com

Phone number: 732-535-2782


**<u>Videos</u>**

Multiple videos containing CSAM were located on LIPPER's cell phone.

Total amount of videos of CSAM: 35 videos

CSAM videos containing infant/toddler: One (1) video

CSAM videos containing bondage: One (1) video


Some of the videos are detailed below:

1. File name: 18af5720-cfe4-469b-beea-e4cf34003be0.mp4

12 second video containing an adult male performing oral sex on an approximate 6-8 year old male child.

2. File name: 119e12b6-9538-4e8d-a27b-4327c0d47d51.mp4

Investigation on ___05/10/2023___ at _Orlando, Florida, United States (In Person)_

File # _305B-TP-3712969_      Date drafted _05/10/2023_

by _WING JENNIFER ALISA_

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple
Continuation of FD-302 of IPhone _____ , On  05/10/2023 , Page  2 of 59

One (1) minute video containing an adult anally penetrating an approximate 11-13 year old. This video was sent to LIPPER by an alleged 12 year old via Kik chat, who stated that he was having sex with his uncle and uncle's friends.

3. File name: 44966333-77d5-4b35-9ae4-285907b68eaa.mp4

A one (1) minute and 59 second video containing an approximate 8-10 year old male child engaged in multiple sexual acts with an adult male. It appears as a complication of different videos and includes oral sex, anal sex, and ejaculation on the child's face.

4. File name: 4ffe5eb2-160c-4892-95ff-e8ddc6a848c7.mp4

A 43 second video containing an adult male anally penetrating a 6 month to 1 year old female child. During the video, the child is heard screaming and crying the entire time. At the end of the video, the adult male ejaculates in the child's anus.

5. File name: 8a38b8fb-5f10-41e8-b5c6-8eda214d3d71.mp4

One (1) minute and 21 second video containing an adult male and an approximate 10-12 yyear old male child, who is blindfolded and his arms are bound behind his back. The child is being forced to perform oral sex on the adult male, as the adult male is forcing the child's head down into his erect penis. Approximately 18 seconds into the video, the child is on his chest and kees and his arms and legs are bound together as the adult male is anally raping the child. At the end of the video, the video zooms into the child's anus and ejaculate appears to run down the child's anus and testicles.

6. File name: 8b3a8e43-7df3-461a-8717-c604f95db9fa.mp4

A 24 second video containing and adult male and an approximate 6-8 year old female child. The adult male is anally raping the child while she lies on her back.

7. File name: d2eaf3ef-f24d-4d73-8595-4d1bc5429c0f.mp4

One (1) minute and one (1) second video containing an adult male and an approximate 8-10 year old male child. The child is performing oral sex on the adult male and the child is rubbing his penis on the adult male's erect penis. This is a similar video to the one LIPPER sent to the decoy.

8. File name: e5f44fce-c228-439f-935f-6039c70f45be.mp4

FD-302a (Rev. 5-8-10)

305B-TP-3712969

Continuation of FD-302 of ___(U) Forensic review of LIPPER's Apple IPhone___ , On _05/10/2023_ , Page _3 of 59_

A 39 second video containing an approximate 6-8 year old male child masturbating and peeing into his mouth.

9. File name: eafda7af-7b6a-4392-8d13-980d070a39f9.mp4

A 56 second video containing an adult male anally penetrating an approximate 6-8 year old male while outside.

10. File name: f09c1874-2df2-4675-bb54-2d790a16655d.mp4

One (1) minute and 17 second video containing two approximate 8-10 year old male children, who engage in oral sex, masturbation and kissing while lying on a bed

**Videos sent by LIPPER to the OCE and other videos containing bestiality:**

1. File name: 26fccffc-db86-464b-bef7-3309d47f1979.mp4

2. File Name: 91795125-8659-4256-b811-79f2b89a83ef.mp4

These are videos LIPPER sent to the OCE, which contain age difficult males engaged naked or partially naked engaged in sexual acts.

3. File name: c0caf507-628b-4a58-9f31-b900a41d854f.mp4

20 second video containing a male and female engaged in penile/vaginal sexual intercourse and a white dog licking the woman's vagina and the males's testicles (bestiality)

4. File name: f3fed95b-5d93-4150-af0e-1d34d4da3772.mp4

14 second video containing a brown dog penetrating an an adult female with his penis (bestiality).

Multiple videos/images of bestiality were located on LIPPER's cell phone. The total amount of Bestiality images/videos were: 9 images, 25 videos.

**Cartoon images/videos of children engaged in sexual acts**

1. File name: 5f6f0d56-adb3-43e1-b0c9-bbffe2bd2152.mp4

10 second video containing an adult female manually stimulating an approximate 8-10 year old and performing oral sex on the child until the child ejaculates into the adult females mouth.

FD-302a (Rev. 5-8-10)

305B-TP-3712969

Continuation of FD-302 of (U) Forensic review of LIPPER's Apple IPhone _____ , On 05/10/2023 , Page 4 of 59

2. File name: 038c712e-50b1-45e4-bbd1-ddc8a66981c0_embedded_1.jpg

Image containing an adult male and an approximate 3-5 year old male child. The child is performing oral sex on the adult male while in the shower.

3. File name: 016aefbf-4536-4886-a140-3ef6020431d5_embedded_1.jpg

Image containing two adult males and an approximate 5-7 year old male child. One adult is touching the child's genitals under his underwear and kissing the child and the second adult is seen holding the child's hand.


**Images**

Multiple images of CSAM were located on LIPPER's cell phone.

Total amount of images of CSAM: 122 images of CSAM

CSAM images containing infant/toddler: Four (4) images


Some of the images are detailed below:

1. File name: 008SSCjD

Image of CSAM containing an approximate 6-8 year old male and an adult male's erect penis.

2. File name: 015gXR4b

Image of CSAM of an adult male and an approximate 6-8 year old male engaged in penile/anal sex.

3. File name: 01a2f91d-6511-4ec7-ae9a-63c823765083_embedded_1.jpg

Image of CSAM of an approximatee 10-12 year old male masturbating while sitting down.

4. File name: 05637e0e-df2f-48be-8eef-206f618e4d2d

Image of CSAM of an approximate 6-8 year old male and adult male engaged in penile/anal sex.

5. File name: 0a423143-a50c-4590-b1b5-e2916a15c1d0_embedded_1.jpg

Image of an approximate 5-7 year old masturbating and penetrating his anus

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple

Continuation of FD-302 of IPhone _____, On 05/10/2023 , Page 5 of 59

with his finger.

6. File name: 0C0SWDiS

Image containing an approximate 6-8 year old male and an adult male, who is anally penetrating the child with a pink object.

7. File name: XcpnnKpb

Image containing an approximate 1-3 yeara old female lying on her back and an adult male is penetrating her vagina with his penis.

8. File name: VPtyVLyb

Image containing two adult males and two children, approximately 7-9 years old. One adult male is anally penetrating one of the children; the second adult male is receiving oral sex from the child and the second child is being manually stimulated by the first child, while the first child is blindfolded with a green blindfold.

9. File name: VgxkHJaJ

Image containing an approximate 1-3 year old male performing oral sex on an adult male erect penis.

10. File name: UbkG3IZa

Image containing an approximate 3 month to 9 month old infant lying on his back. An adult male erect penis appears near the child.

**Call log**

Confirmation call was made to LIPPER's cell phone from TFO Wing's cell phone ending in 6919. This call is logged as missed and was attempted on 2/2/2023 at 12:28:25 AM (UTC+0).

Additionally, a confirmation message on Kik was sent by the OCE to LIPPER after he was placed under arrest. The message was logged as "1015" and was sent on 2/1/2023 7:49:01 PM (UTC+0).

**Chats with the OCE or referencing the OCE**

1. Kik chat between LIPPER and ████ (████████████)(Online Covert Employee (OCE)). Only some of the communication was recovered on LIPPER's cell phone. The conversation from 1/25/2023 through 2/1/2023 was recovered. LIPPER sent the OCE pictures of an adult male performing oral sex on another adult males

305B-TP-3712969

Continuation of FD-302 of (U) Forensic review of LIPPER's Apple IPhone _____, On 05/10/2023 , Page 6 of 59

anus. LIPPER also provides his phone number 732-535-2782, which is the same phone number belonging to LIPPER. A picture LIPPER sent the OCE of the park where they were scheduled to meet was seen on LIPPER's cell phone.

2. Kik chat between LIPPER and "whatever.boi" on 1/20/2023. LIPPER and "whatever.boi" discuss LIPPER and the OCE. An excerpt of the conversation is listed below:

Whatever.boi: "Sorry to PM without asking first. I saw your post about the boy you're talking to. It does sound very sketchy. Do not trust this person. In my exp most all teen boys r cool with sending pics and they def don't have retro phones. Be careful. Message me back if u want."

LIPPER: "Your right...I think it's strange"

Whatever.boi: "Can I see what pics he sent u"

LIPPER: sends an image of the OCE

Whatever.boi: "It's not a bad pic tbh but still sketchy"

LIPPER: "He's only sent me three pics and they are all like pics of him"

Whatever.boi: "Well if that's u in the pfp u should have no trouble finding boys, they'd line up for u"

LIPPER: "I'm currently talking to a. Boy whose babysitting his even younger bro and cousin and he is listening to me on advice for how to better wash each other"

3. Kik group chat "#orlandteen", where LIPPER and the OCE were both part of the group.

Multiple chat conversations were observed on LIPPER's cell phone regarding the desire for sexual contact with children. The conversations occurred between adults and LIPPER as well as LIPPER and juvenile males between 12 years old and 17 years old. Some of the communications are listed below:

**SnapChat individual chats**

SnapChat chat between "emlipper9" (LIPPER) and "epep6023" E P from 10/11/2022. LIPPER tells "epep6023" that the youngest person he had sex with was 14 years old. Below is an excerpt of the conversation:

LIPPER: "What taboos u into?"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

Continuation of FD-302 of (U) Forensic review of LIPPER's Apple IPhone _____ , On 05/10/2023 , Page 7 of 59

epep6023: "I'm super open bro haha...Young old. Anon cock. Being a total cumdump. Ws. Smelly guys. Super super open. You...Trade face snap on here. "

LIPPER: "I like much younger...And even better when they are related"

epep6023: "Fuck. Hot. Ever fuck any younger?"

LIPPER: "14 was my youngest"

epep6023: "How old were u...Were you 20 when you fucked the 14"

LIPPER: "No I was 18 and he was 14"


**Kik individual Chats**

1. Kik Chat Between mitchymills424 (LIPPER) and "eatulongtime" (.Looking .) on 1/31/2023 (both part of group "orlandotabu"). LIPPER identifies himself as 20 years old and "eatulongtime" identifies himself as 28 years old. An excerpt of the conversation is listed below:

LIPPER: "You into taboo?"

eatulongtime: "Like...Ya"

LIPPER: "Ever done it?"

eatulongtime: "You?"

LIPPER: "I wish...Haven't had the opportunity"

eatulongtime: "What taboo are you trying to perform"

LIPPER: "Younger...Wbu?"

eatulongtime: "Family...lol"

LIPPER: "No I wish...I wish I had a younger bro"

LIPPER: "I wish I could teach him how to please a man and let him practice on me"

eatulongtime: "How so"

LIPPER: "Teach him how to jerk off and suck dick and take cock"

LIPPER: "Do you have any brothers?...What ages?"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple
Continuation of FD-302 of IPhone _____ , On 05/10/2023 , Page 8 of 59

eatulongtime: "34,31,25"

LIPPER: "You haven't wanted to play with them?"

eatulongtime: "No"

LIPPER: "Why not that's so hot?"

LIPPER: "I wish you had an even younger bro you could share with me"

eatulongtime: "What you into"

LIPPER: "Tight hairless asses"


2. Kik chat between LIPPER and "bambazzzz0000" (It's Me) on 1/30/2023 and 1/31/2023. The conversation appears to be with LIPPER and an adult male who alleges that he is sexually abusing his daughter. An excerpt of the conversation is listed below:

LIPPER: "How do you touch her?"

bambazzzz0000: "I mean she likes to lay, cuddle"

LIPPER: "Awe nice do you sleep naked when she's in bed with you?"

bambazzzz0000: "I slip off everything...She cuddles up"

LIPPER: "Have you ever been inside her?"

bambazzzz0000: "Not that wife knows lol"

LIPPER: "That's hot as fu k...What have you done?"

bambazzzz0000: Sends an image of an adult male engaged in penile/vaginal sex with an unconfirmed small framed female, potentially a child. It appeared that LIPPER and "Bambazzz000" had spoken previously on Kik because the chats appear as if they are missing some context.

LIPPER: "Look at you go...Ur so big compared to her...How good did that feel"

bambazzzz0000: "She's tiny"

LIPPER: "Yes she is...Does she feel better then ur wife?"

bambazzzz0000: "Much better"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

Continuation of FD-302 of  (U) Forensic review of LIPPER's Apple
IPhone _____ , On  05/10/2023 , Page  9 of 59


LIPPER: "Have any videos?"


3. Kik chat between LIPPER and ▓▓▓▓▓▓ "▓▓▓▓▓▓▓" on 1/30/2023. LIPPER and "tonytalks23" met in Kik group chat "gayteenboifun". "▓▓▓▓▓▓" identifies himself as in the 7th grade and in ▓▓▓▓▓. An excerpt of the conversation is listed below:

LIPPER: "What you doing on kik?"

▓▓▓▓▓▓: "Im horny...Send ass pics"

LIPPER: "You want to put ur dick in me"


4. Kik chat between LIPPER and "▓▓▓▓▓▓▓▓▓" ▓▓▓ [▓▓▓▓▓▓]*▓▓ ▓▓▓▓▓* on 1/23/2023 through 1/24/2023. LIPPER and "Oliver_12309" met in Kik group chat "#gaykids1000". "▓▓▓▓▓▓▓" identifies himself as 14 years old. An excerpt of the conversation is listed below:

LIPPER: "How old r you?"

▓▓▓▓▓▓: "14"

LIPPER: "R you into dogs?"

▓▓▓▓▓▓: "No God no"

▓▓▓▓▓▓: "...U big?"

LIPPER: "Ya wbu"

▓▓▓▓▓▓: Sends an image of an erect penis and says "Idk"

LIPPER: "You are"

▓▓▓▓▓▓: "Thx can I see u"

LIPPER: Sends an image of his erect penis

▓▓▓▓▓▓: "Wow nice man"


5. Kik chat between LIPPER and "Dorian1869" Dorian Dorian on 1/23/2023. "Dorian1869" asks LIPPER for any links. LIPPER was in other Kik groups

FD-302a (Rev. 5-8-10)

305B-TP-3712969

Continuation of FD-302 of   (U) Forensic review of LIPPER's Apple IPhone   , On  05/10/2023  , Page  10 of 59

sending out Mega Links containing CSAM. In this chat, LIPPER transmits one image of CSAM and a Mega link. During a proffer with LIPPER, he stated that he sent Mega NZ links which contained CSAM in multiple Kik groups. An excerpt of the conversation is below:

Dorian1869: "U got any links bro"

LIPPER: "Just whatever is in the groups"

Dorian1869: "Send...Me bro"

LIPPER: "Do you have any?"

Dorian1869: "A few".

LIPPER: Sends a video containing an approximate 8-10 year old female and an adult male vaginally raping the child (File name: d2eaf3ef-f24d-4d73-8595-4d1bc5429c0f).

Dorian1869: "No mega?"

LIPPER: "https://mega.nz/folder/KxZjjSgJ/#DkGk_c08WCMscq3VpY5BAw https://mega.nz/folder/kpq2xLgL#rhv52LaMGfnV3z2f8p-9uA/folder/k0gGCRQA"

LIPPER: "Your turn"


6. Kik chat between LIPPER and "████████████" ████████████ on 1/21/2023. LIPPER and "████████████" met in Kik group chat "#gaytabunboiz". "████████████" identifies himself as 16 years old in ████████████. An excerpt of the conversation is listed below:

LIPPER: "So tell me about you and ur bro"

████████████ "We fuck...He just turned 12"

LIPPER: "When did that start?"

████████████: "He was 10 When I first did things with him"

LIPPER: "You started it?...He enjoys it?"

████████████: "He caught me jerking off and wanted to learn...yes and yes"

LIPPER: "How often do you fuck?"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple

Continuation of FD-302 of ___IPhone_____ , On _05/10/2023_ , Page ___11 of 59__

████████████████ "Do you like cp...Every other night"

LIPPER: "That's hot"

███████████████: "Have you ever fucked a kid"

LIPPER: "No I haven't"

LIPPER: "Would you let me join you and ur bro one day?"

█████████████: "Yes"

LIPPER: "Have you ever had anyone join?"

██████████████ "No not yet"

LIPPER: "Do you have cousins too?...Have you done stuff with them?"

██████████████: "I've touched my cousins cock for a little but we didn't fuck"

LIPPER: "How old is he"

██████████████: "7"

LIPPER: "Wow...How young do you like?"

██████████████: "No limit"

LIPPER: "R you going to fuck your kids when you have them one day?"

██████████████: "Definitely...Hbu"

LIPPER: "For sure"

██████████████: "I've flashed my cock at the urinal in magic kingdom before...To some kids"

LIPPER: "Is ur cock big?...Did they like it?"

██████████████: Send a picture of an erect penis (file name: 0a17ba6d-2140-45f3-92ec-8ef680aeb2e3)

LIPPER: "Hot cock" and sends an image of his erect penis (file name: 2efb2f76-5885-466c-8a48-6fcb82f9e69e)

LIPPER: "Do you think ur brother would like mine?"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

Continuation of FD-302 of ____(U) Forensic review of LIPPER's Apple
IPhone____ , On _05/10/2023_ , Page _12 of 59_

▉▉▉▉▉▉▉▉: "Yes"

LIPPER: "Any pics of him(...Does he have body hair yet?"

▉▉▉▉▉▉▉▉: "No he doesn't"

LIPPER: "So you ever lick his ass?"

▉▉▉▉▉▉▉▉: "Yes ofc"


7. Kik chat between LIPPER and "▉▉▉▉▉" Mah Shab on 1/20/2023 through 1/30/2023. LIPPER and "▉▉▉▉▉" met in a Kik group "#gaysons4olders". "▉▉▉▉▉" identifies himself as 14 years old in ▉▉▉▉▉. An excerpt of the conversation is listed below:

LIPPER: "You like older?"

▉▉▉▉▉: "Yes I do"

▉▉▉▉▉: "U into younger"

LIPPER: "Yes"

▉▉▉▉▉: "How young...Ever tried something for real?"

LIPPER: "So I'd prob go like 10+"

LIPPER: "How old would you want?...I've never done it for real"

▉▉▉▉▉: "20 to 30"

LIPPER: "Have you ever?"

▉▉▉▉▉: "My uncle"

▉▉▉▉▉: "But uve never fr?"

LIPPER: "No I wish...I haven't found anyone willing...Would you?"

▉▉▉▉▉: "Lol. But do u have a private place...Cz I don't"

LIPPER: "I have a car...And some good spots"

▉▉▉▉▉: "Oh yeah that could be fun...i'm a virgin tho"

LIPPER: "What would you wanna do?"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple

Continuation of FD-302 of  IPhone _____ , On  05/10/2023 , Page  13 of 59

LIPPER: "I could take ur virginity if you wanted"

�altext: "Emm..scared that it will hurt"

LIPPER: "It might but it would be super slow...And if you needed to stop we would"

LIPPER: "Do you like that I like younger guys?"

▬▬▬▬ "Yeah...I wanna see some younger guys tho"

LIPPER: "Do you like guys younger then you?"

▬▬▬▬ "Yes...Upto 8...U?"

LIPPER: "Same"

▬▬▬▬: "I wanna see some"

LIPPER: "https://mega.nz/folder/wxwB3A4b/#3KgNYSKH9EFdx2hg9XbhMQ" and "enjoy if this link works"

LIPPER: "You like pervs?"

▬▬▬▬: "Love em"

LIPPER: "Have you ever tried to make a move on ur dad?"

▬▬▬▬: "Yeah but he went off...Hbu?"

LIPPER: "I wish I had when I was younger...I tried to make a move on my cousin but it didn't go well"

▬▬▬▬ "Oh. What happened...And do you have some men with lil boys perv stuff. Newer maybe?"

LIPPER: "He kinda got Squmish and left"

LIPPER: "Is ur cock fully grown you think?"

▬▬▬▬ "No I hope it grows more"

LIPPER: "I wanna play with it before it does"

LIPPER: "Can I see you naked?"

LIPPER: (reference the mega nz link Lipper sent) "But there's one towards the bottom with a older bro I think and they both have blonde hair and he

FD-302a (Rev. 3-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple

Continuation of FD-302 of  IPhone _____ , On  05/10/2023 , Page  14 of 59

sucks the boy"

LIPPER: Sends a screenshot of some videos in the mega nz link he sent to Mahshab19. The screen shot includes the title "This shit is hot lol XD" and has several titles of pictures and videos. LIPPER references a specific image/video and stated "The one with the kid with the black shorts And blue shirt"

LIPPER: "R you jerking?"

██████████: "No"

LIPPER: "damn I wanna see ur boy coco...Cock lol"

██████████: "What do u wana see"

LIPPER: "All of you"

██████████ sends an image of an erect penis

LIPPER: "Damn baby you have a big dick"

LIPPER: sends an image of his erect penis

██████████ "Daddy 😂😂"

LIPPER: "Send me pics and I'll match when I get a second...I wanna see ur ass"

LIPPER: Sends an image of himself in the mirror with his erect penis, a picture of his butt, and another picture of his erect penis (sideview)

██████████ sends an image of his butt in the mirror

LIPPER: "So sexy baby...Show me ur hole...What else you wanna see?"

██████████ Sends a video of himself masturbating

LIPPER: sends a video of himself masturbating while lying on the couch.

LIPPER: sends a video of himself masturbating over a countertop.

LIPPER: sends an image of himself and his erect penis in the mirror.

LIPPER: "I wish you were here rn...No like in my place...Taking my clothes off me...Sucking on my cock...Sitting in my face"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple
Continuation of FD-302 of IPhone _____ , On 05/10/2023 , Page 15 of 59

8. Kik chat between LIPPER and "▓▓▓▓▓▓▓▓▓" ▓▓▓▓ ▓▓▓▓▓▓▓▓ ▓▓▓▓ on 1/20/2023 through 2/1/2023. "▓▓▓▓▓▓▓▓▓" identifies himself as 12 years old. Lipper tells the 12 year old to perform oral sex and anal sex on an adult male and requested oral sex from the child. LIPPER also requests that the 12 year old child videotape him being raped and send the video to LIPPER. The 12 year old child sends alleged images of himself being anally raped by an adult male. LIPPER also encourages the child to continue engaging in this behavior. An excerpt of the conversation is listed below:

LIPPER: "Come help me motivate"

LIPPER: "Where in the uk are you?"

▓▓▓▓▓▓▓▓: "Leicester"

LIPPER: "I'd love to come meet you tho"

▓▓▓▓▓▓▓▓: "Come work as a sitter ☺"

LIPPER: "I can come live with you and be your full time babysitter"

LIPPER: "He will probably have a stronger taste today"

▓▓▓▓▓▓▓▓: "Why would he want to be sweatier ☺"

LIPPER: "So you have more to clean"

LIPPER: "Maybe you can clean him while he cooks in the kitchen...Or you can bring Sammy to help you"

LIPPER: "Maybe you can ask if he wants his bum cleaned too like his penis"

▓▓▓▓▓▓▓▓: "But Tom said I can't clean bums yet"

LIPPER: "Even with your mouth?...You should try it...I could use a good cleaning"

▓▓▓▓▓▓▓▓: "Oh id help you with that...whatcha need to clean"

LIPPER: "Everything...Between my balls for sure"

▓▓▓▓▓▓▓▓: "Sure Id help with that...Your penis too?"

LIPPER: "Yes...It would be different for you because I don't have the skin over my tip"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple

Continuation of FD-302 of  IPhone _____ ,On  05/10/2023  ,Page  16 of 59

 

~~_____~~  "Well you'd tell me how then...Do you have liquid tho?"

LIPPER: "Yes I have the liquid...Just not the skin you can pull back. It is basically already pulled back always"

~~_____~~: "Ooh pretty handy and sweaty like mine or Dan's"

~~_____~~: "Tom's was really sweaty in the morning"

LIPPER: "My balls get super sweaty"

~~_____~~: "Oh then balls need good cleaning"

LIPPER: "Yes they do...My bum too...Between my cheeks gets sweaty"

~~_____~~  "Sure whatever you say bro 👅"

LIPPER: "Your a good listener and boy...You do what needs to be done...You will be super popular with the guys who need cleaning"

~~_____~~: "Oh do I need to help other guys too?"

LIPPER: "You can...Like if ur at the gym and they look like they need it maybe you can offer"

LIPPER: "Do you ever shower at the gym?"

~~_____~~: "Yea"

LIPPER: "Do you ever see anyone with a hard penis ?"

~~_____~~: "Rarely"

LIPPER: "If you ever do you can offer to help them with it"

~~_____~~  "Dan's here ttyl"

LIPPER: "Have fun...Don't forget to sneak a picture of him"

LIPPER: "How was Dan and Tom today?"

~~_____~~  "Great! As you said I'm twice as clean 😊"

LIPPER: "Did Dan clean ur bum?"

~~_____~~  "I wanted to take a vid of me cleaning his penis and asked him if I could record it and he was like nah we don't need to I said pretty please several times but he was being stubborn then I said I'd do anything

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple
Continuation of FD-302 of  IPhone                                                    , On  05/10/2023 , Page  19 of 59


▬▬▬▬▬▬: "Into mouth and lips ☺idk why lips tho"

LIPPER: "How was cleaning his friend...Did you do it at the same time?"

▬▬▬▬▬▬: "...Nooo, first Daniel then his friend"

LIPPER: "But in the same room?...Did they watch while you cleaned the other?"

▬▬▬▬▬▬ "Ya...His friend knows about the penis method too I think cuz he wanted to clean my bum but Daniel stopped him saying it's him who does the cleaning ☺...His friend came up to me after tho and asked if he could come tomorrow to ask me something"

LIPPER: "Did you video any of it today?"

▬▬▬▬▬▬: "I asked but Daniel asked if I remember his agreement ☺...Just one vid"

LIPPER: "Maybe you can do other things to take new videos...Like ever new person whose penis you clean gets you another video...Like dans new friend today because you did that you get to take another video"

LIPPER: sends a video of an adult male and young male lying on his back. The young male appears to manually stimulate the adult males penis. LIPPER then responds "Look at this boy cleaning his own face".

▬▬▬▬▬▬: "BTW why did that guy use liquid on his face? ☺"

LIPPER: "He must have missed his mouth"

▬▬▬▬▬▬ "Ig it's pretty hard to aim ☺...Ooh that's why Dan and his friend kept it in my mouth while the liquid was coming out...So that they won't miss"

▬▬▬▬▬▬ "Btw Dan's friend is coming later, wanted to ask me something ☺"

LIPPER: "I'm curious what he will ask"

▬▬▬▬▬▬: "Well he has a son maybe he wants to know something only we boys know ☺"

LIPPER: "How old is his son?"

▬▬▬▬▬▬ "around my cousin's age I think ☺...8ish"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple
Continuation of FD-302 of  IPhone _____, On 05/10/2023 , Page  20 of 59

LIPPER: "The perfect age to start"

▬▬▬▬▬▬: "Start what?"

LIPPER: "Cleaning"

LIPPER: "How big was his penis?"

▬▬▬▬▬▬: "Well they all look big to me comparing to mine 😂"

▬▬▬▬▬▬: sends an image of a soft penis sticking out of the top of a
pair of yellow draw string pants. (identifies the penis as belonging to him,
12 year old)

LIPPER: "Is that you?"

▬▬▬▬▬▬: "Yea?"

LIPPER: "Do you wanna see mine?"

LIPPER: sends an image of his erect penis.

▬▬▬▬▬▬: "Wow yours looks really big"

LIPPER: "I bet we can all clean you out together...Me Dan his friend Tom"

LIPPER: "We can do it all one after another...To get you as clean as
possible...With as much liquid as we can"

▬▬▬▬▬▬: "Ooh right and if the liquid is healthy than it would also be
helpful for your penins when you put it in as there's someone's liquid in
there 😊 true true"

LIPPER: "Did he ask you his question?"

▬▬▬▬▬▬ "Yea well as I said he has a son and he wanted to know if I
like the cleaning stuff yesterday I said sure it's necessary thing to do and
he was like can you help me I said sure what's up and he said he wanted all
the best things for his son but not sure how to do it right and asked me to
help since I look like I could help he asked me to see my bum to check if it
looks like his son's I was like sure np and then he for some reason started
cleaning it 😊 probably Dan shared the secret technique 😊 ...Also he asked if
could record it to watch later to do the same with his son...Like tutorial
lol"

LIPPER: "That's fun! Did he clean your bum hood?...Good*...Did you get the

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple

Continuation of FD-302 of  IPhone _____ , On  05/10/2023 , Page  22 of 59

▓▓▓▓▓▓▓: "He said next time he will give the liquid when he's pressing my head...So that it goes right in throat..."

LIPPER: "Great video thanks for the learning...Any time you have a video I'll always be happy to see it"

LIPPER: "So I know you and Sammy get cleaned. What about ur brother?"

▓▓▓▓▓▓▓: "Maybe Tom cleans him too idk cuz my brother usually showers after football or maybe the coach helps him"

▓▓▓▓▓▓▓ "Daniel came over today gave me a pack of my fav chocolates and some money ☺told me I really helped him with learning and his son did good also asked me to try one thing so that he could use it with him I was like what's up and he reminded me of that day when Dan cleaned my bum and he asked me if he could also try doing it...I was like sure np...And he said he was after gym and asked me to clean his penis first...And also tried to record it to watch later but his phone died ▢...He could record like 4 secs ☺...So he's gonna come again and re record it"

LIPPER: "Did he clean ur bum well??...How much money did ne give you?"

▓▓▓▓▓▓▓: "Like 20£"

LIPPER: "I'm glad ur in that chat too"

▓▓▓▓▓▓▓ "Why lol"

LIPPER: "Boy ur 12 lol...Cause you get to see the crazy lol"


9. Kik chat between LIPPER and "Cockylad1000" Lee Clancy on 1/20/2023. An excerpt of the conversation is listed below:

Lee Clancy: "Love a naughty boy to group so...Share!"

LIPPER: "Me too"

Lee Clancy: "Nice smooth hole...Hairless...Deep"

Lee Clancy: "Love to be pounding with ya...Share the boy...Cum as lube...And younger..."

LIPPER: "You like"

Lee Clancy: "Hmmmm yes"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

Continuation of FD-302 of (U) Forensic review of LIPPER's Apple iPhone _____, On 05/10/2023 , Page 23 of 59

LIPPER: "Do you have any videos of younger?"

Lee Clancy: Sends an image of an adult female and approximate 6-8 year old male with chocolate syrup all over his naked body. His penis and testicles are exposed and an adult female is licking whip cream and cherry off the childs chest. The image appears to be shotacon (cartoon image of children being sexually exploited).

LIPPER: "I wish I did...I wanna taste that chocolate"

Lee Clancy: "Lick it off him"

LIPPER: "Yes"

Lee Clancy: "Hold his little dick and lick it...Sniff between his balls and lick upwards"

LIPPER: "Hell yes...Lick between his cheeks too"

Lee Clancy: "Tongue his little pink hole...Lift his legs up"


10. Kik chat between LIPPER and "devincruz2321" Dev C on 1/20/2023. An excerpt of the conversation is listed below:

Dev C: "You have anything of young"

LIPPER: "I just have videos from groups I'm in"

Dev C: "Send me something and I'll send you something"

LIPPER: "Show me what you mean...I'll match the best I can"

Dev C: "I'm not sending the young stuff until you send first. I'm looking to trade those"


11. Kik chat between LIPPER and "███████" ████████████ (██□ on 1/20/2023. "████████" identifies himself as 16 years old in ████████, ████. An excerpt of the conversation is listed below:

████████ sends an image of his erect penis

████████ "I'm more bottom"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple
Continuation of FD-302 of  IPhone                                                      , On  05/10/2023  , Page  24 of 59


LIPPER: "Nice cock...Flip over"

� ████████ : sends image of his butt

LIPPER: "Damn sexy"


12. Kik chat between LIPPER and "garner_7121" Kevin Kevin on 1/19/2023
through 1/29/2023. LIPPER and "garner_7121" met in Kik group chat
"#gayteen4old". "garner_7121" communicates about his sexual desire for his
friends two (2) children and LIPPER inquires about it. An excerpt of the
conversation is listed below:

LIPPER: "Would you send them in a pm?"

Garner_7121: "Ya I can, they where putting sunscreen on"

Garner_7121: Sends two images of children between 9-11 years old standing
outside in their bathing suits.

LIPPER: "Awe look how cute and sexy they are...Have you ever gotten to touch
them?"

Garner_7121: "No but I want to get both them hard"

LIPPER: "That would be so hot...You said 9 and 11?"

Garner_7121: "Yes riv just turned 11"

LIPPER: "Are the three of you ever alone together?"

Garner_7121: "Ya  I babysit sometimes"

LIPPER: "Maybe you could get them to change with you...And then get a boner
and see if they get curious"

Garner_7121: "Well Brody did walk in on me in bed when I was jerking it. I
don't think he saw"

LIPPER: "Damn you shoulda told him to stay...Do you think he would? Do you
trust him to keep his mouth closed"

Garner_7121: "No he has no idea what I'm thinking and probably would end up
saying something"

LIPPER: "Tell me about ur friends boy...Anything new with them?"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple
Continuation of FD-302 of  IPhone                                    , On  05/10/2023 , Page  26 of 59

LIPPER: sends a video of himself masturbating

Lipper: "Send me something"

██████████ sends an image of his butt

LIPPER: "Fuck baby...Has anyone ever put their tongue in ur ass before?"

██████████ : "No....Only sucks one guy"

LIPPER: "Damn...Imma teach you so much...Do you ever finger yourself?"

██████████ : "I have"

LIPPER: "Show me"

LIPPER: sends a video of him masturbating

██████████ : "Will you cum if I show you"

LIPPER: "I will"

██████████ : send an image of his anus and his finger touching the anus

LIPPER: "Fuck I can't wait for ur finger to be my cock"

LIPPER: sends an image of his erect penis

██████████ : "My mom works nights so I'm alone. You can come and do what you want"

LIPPER: "Good...I will"

██████████ : "Even if you just want me to suck you"

LIPPER: "Lol and let that perfect ass go to waste?...You can sit on my face"


14. Kik chat between LIPPER and "hunkerdown23" Ty Oak on 1/19/2023. LIPPER explains that he is into younger boys ages 8-16 years old. LIPPER also discusses with "hunkerdown23" regarding "hunkerdown23" current and past sexual incidents with children. An excerpt of the conversation is listed below:

Hunkerdown23: "Nothing much. Into"

LIPPER: "Younger boys and family stuff wbu"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple

Continuation of FD-302 of  IPhone _____ , On  05/10/2023 , Page  27 of 59

Hunkerdown23: "Same. Hung perv here. 28 California...What ages"

LIPPER: "8-16...Wbu"

Hunkerdown23: "10+."

LIPPER: "Has ur cock ever been inside a 10 year old?"

Hunkerdown23: "I've had 7+"

LIPPER: "Damnnn where did you find them?"

Hunkerdown23: "Brazil. Mexico. Runaways. Junkies kids. A few coworkers kids...Wbu"

LIPPER: "Damnn I need to find me some boys...Did ur coworkers know? Or was it a secret...I've yet to have anyone under 18 sadly"

Hunkerdown23: "They didn't know. But their sons were pretty and I can't help trying haha"

LIPPER: "Wow I wish"

Hunkerdown23: sent an image of a young boy with his underwear pulled down, exposing his butt and an adult male hand on the young boy's upper thigh.

LIPPER: "Do you rape or is it consensual"

LIPPER: "So fucking sexy"

Hunkerdown23: "Both...Which do you prefer"

LIPPER: "Consensual because I know they are less likely to talk about it"

Hunkerdown23: "True. But I dose them if I'm gonna rape them. I usually only rape Mexican border boys"

LIPPER: "Smart"

Hunkerdown23: "Hot. Last time I was in FL I had a 13 yo blow me in a mall"

LIPPER: "Whattt how did you get him to do that"

Hunkerdown23: "He was staring so I followed him into the bathroom and pulled it out and let him touch it"

LIPPER: "Fuck that's so hot...I wish"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

Continuation of FD-302 of  (U) Forensic review of LIPPER's Apple
IPhone _____, On 05/10/2023 , Page 29 of 59

Hunkerdown23: "Tuesday night"

LIPPER: "Hot...Do you video it?"

Hunkerdown23: "Not usually. I have fucked some on zoom for guys to
watch...Depends on the kid."

Hunkerdown23: "I've done it twice. Once was a buddy from Texas. The other
was the kids dad....Yeah. Dad was hot. I let him blow me then he asked if I
would be into fucking his kid. I was fucked the kid twice. Shot in his hole
and daddy came and picked him up"

LIPPER: "I wish a dad would let me fuck their kid"

Hunkerdown23: "It was wild. I love boy cunt so much. Plus I look innocent so
people think they can leave their boys with me."

Hunkerdown23: "Cute. Def come sit on my dick"

LIPPER: "I would...Only if there's a boy on my cock tho"

Hunkerdown23: sends an image of an adult male anally penetrating a young
boy.

LIPPER: "Holy shit...That is so hot...I need that"

LIPPER: "Do you have any more vids like that"


15. Kik chat between LIPPER and " ▇▇▇▇▇▇ " ▇▇▇▇▇▇▇▇▇ on 1/18/2023
through 1/26/2023. LIPPER and " ▇▇▇▇▇▇ " met in Kik group chat
"#gayteenboifun". " ▇▇▇▇▇▇▇ " identifies himself as 17 years old in the
▇▇▇▇▇▇▇▇▇▇▇. An excerpt of the conversation is listed below:

LIPPER: "What do you do when ur bored?"

▇▇▇▇▇▇▇ : "Anything hahha...Mostly jerking...Hbu"

LIPPER: "I would say call me hang haha"

▇▇▇▇▇▇▇ : "How big?...🍆"

LIPPER: "7inch"

▇▇▇▇▇▇▇ : "Same...Can I see"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

Continuation of FD-302 of  (U) Forensic review of LIPPER's Apple
IPhone _____ , On 05/10/2023 , Page 30 of 59

LIPPER: sends an image of his erect penis

LIPPER: "Wbu"

███████████ "Hot"

███████████: sends an image of his erect penis standing in front of a mirror.

LIPPER: "Damn baby your sexy"

LIPPER: "I love a younger guy riding me...You like big dick in you?"


16. Kik chat between LIPPER and "ohiocthomas" on 11/20/2022 through 1/30/2023. An excerpt of the conversation is listed below:

Ohiocthomas: "Hey. Adding you to a new group for pervs"

LIPPER: "Cool thx"

Ohiocthomas: "I assume you are a pedo?"

LIPPER: "Ya man...What's ur type?"

Ohiocthomas: "I love every type. Prefer masculine, attractive pedos...You seem to extremely legit...Posting mega links in the group. You are a legit, good perv dude"

LIPPER: "I wish I could make it happen for real"

Ohiocthomas: "That is so cool man. I have not had anything happen as an adult. But, with my dads help I was a pedo magnet here"

LIPPER: "Did your dad whore you out when you were younger?"

Ohiocthomas: "Yeah. He did. I started when was 5. I actually started it. Then when was 8 I was shared with one of my dads buddies....Between my dad and his buddy, they had a a good number of pedos for me to play with"

LIPPER: "You wish I knew ur dad back then...Do you still play with him("

Ohiocthomas: "...Were you with a pedo?

LIPPER: "No I was not"

LIPPER: "Did you prefer your father using you? Or other guys?"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

Continuation of FD-302 of  (U) Forensic review of LIPPER's Apple
IPhone _____ , On 05/10/2023 , Page 31 of 59

Ohiocthomas: "Likely my dad. But I was so excited when he brought guys over"

Ohiocthomas: "What age do you most like?"

LIPPER: "10-14"

Ohiocthomas: "Nice! 10 was when I really at a place where things worked...Became so much easier taking a cock...Was such a good age...."

LIPPER: "Make me an admin too!!"

Ohiocthomas: "Sure"

Ohiocthomas: "Where are you getting your links? You seem to find the pretty often?"

17. Kik chat between LIPPER and "jakebxb" Jacob Eiker from 10/13/2022 through 1/29/2023. LIPPER identifies that he likes "young" ages 10+. An excerpt of the conversation is listed below:

LIPPER: "Any taboo?"

Jakebxb: "I like younger...Sibling or daddy son stuff"

LIPPER: "Me too...How young?"

Jakebxb: "13+ hbu...Maybe a little younger i dunno"

LIPPER: "10+ I think...Have you ever?"

Jakebxb: "I have with a 16 year old"

Jakebxb: "I wanna tell u about my 16 yo"

LIPPER: "I wanna know about him"

18. Kik chat between LIPPER and "██████" ██████████ on 10/9/2022 through 10/26/2022. "██████" identified himself as 16 years old from ████████. "████████" and LIPPER meet in Kik group "#gaytabpervnolims". An excerpt of the conversation is listed below:

LIPPER: "I saw ur into bondage"

██████████ "Ya"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple
Continuation of FD-302 of  IPhone _____ , On _05/10/2023_ , Page _32 of 59_

LIPPER: "You sexy(...Can I see"

███████: sends an image of an erect penis

LIPPER: "Damn baby your sexy as fuck...I would tie you up and tickle you till you cum any day"

███████  "Mmmm hot"

LIPPER: "I'd throw you over my knee and spank you good"

LIPPER: "I wanna see you play with yourself"

███████  "You will sir...So there's a guy that lives near me who's blackmailing me to have sex with him, should I do what he says?...He wants to do some kinky stuff to men...Me"

LIPPER: "Let him...Video it...Send it"

███████  "He's gonna video when we meet"

███████  Sends an image of an erect penis

LIPPER: "Fuck sexy...I want to watch the whole thing"

███████: "Hehe I'll give it to you...What should he do to me"

LIPPER: "Finger you"

███████  "He's gonna pee on me, fuck me, make me cry and gag...Finger me"

LIPPER: "As many as he can fit"

LIPPER: "I wanna watch y drink the piss from his cock"

███████  "He's gonna pee up my butt too"

LIPPER: "Fuck yes I wanna watch it drip out of you"

███████  "He's gonna do anything he wants to me...He's gonna destroy my ass...His dicks 8 inches"

LIPPER: "I want him to fuck you raw...And if it hurts he keeps going"

LIPPER: "When is he gonna abuse you"

███████  "By the end of this month"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple
Continuation of FD-302 of  IPhone                                    , On  05/10/2023  , Page  33 of 59

LIPPER: "Tell him to cover over now"

██████: "He lives a little far...And my parents are home"

LIPPER: "Do they know ur gay"

██████: "No"

LIPPER: "I would send them pics of you tied up and watch and laugh as they realize what a slut their son it"

LIPPER: "Pretend your 18 and expose you on the internet"

LIPPER: "I send me a video of you taking off your clothes"


19. Kik chat between Lipper and "██████" ████████ on 10/1/2022. LIPPER and "██████" met in Kik group chat "#gaywrestlingGods". "██████" identified himself as 16 years old from ██████  An excerpt of the conversation is listed below:

LIPPER: "What you into?"

██████: "Pits...Father son...Wbu"

LIPPER: "Same...Younger...Family...Brothers"

██████ sends an image of his erect penis

LIPPER: "Fuck ur sexy baby"

LIPPER: sends an image of his erect penis

██████: "Wow ur hot"

LIPPER: "We could have so much fun baby"

LIPPER: "Come over haha"

██████: "Haha where u at"

LIPPER: "Florida...you?"

██████: "Texas"

LIPPER: "Damn baby...I need to feel your insides"

305B-TP-3712969

Continuation of FD-302 of (U) Forensic review of LIPPER's Apple
iPhone _____, On 05/10/2023 , Page 34 of 59

LIPPER: "Ever made a move on ur dad?"

████████ "No"

LIPPER: "Damn you should...I wanna fuck you and ur dad"

LIPPER: "Send more pics baby"

████████ sends an image of his erect penis

LIPPER: "Fuck baby those balls are so nice...Show me ur ass"


20. Kik chat between LIPPER and "█████████" ████████ on 9/23/2022.
LIPPER and "██████████" met in Kik group chat "#gaytabnl".
"█████████" identifies himself as a 16 year old virgin from ████. An
excerpt of the conversation is listed below:

LIPPER: "hey baby"

█████████: "Have a hole for it? >☺"

LIPPER: "Depends how old you are"

████████ "16 m dom"

████████ sends an image of an erect penis

LIPPER: "Fuck yes...You like fucking older?"

█████████ "I'd love to. Virgi. Here"

LIPPER: "Hot"

█████████: "Like younger cock in you then?"

LIPPER: "Yes I do"

█████████: "Show me? I need to breed 😺...Whe re you from?"

LIPPER: sends an image of his anus and testicles from the rear

█████████: sends an image of his erect penis

LIPPER: "Fuck sexy...I wanna see more of you"

█████████ "Hot, ever have a boy in that ass"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple

Continuation of FD-302 of  IPhone _____ , On  05/10/2023 , Page  35 of 59

_____ sends an image of his erect penis

LIPPER: "No I have not...Come to Florida baby...Your so sexy"

_____ : "I'd love to. Get you pregnant too"

LIPPER: "Fuck yes baby...Leave you load deep in me"

_____ : "Make yoy my fuck toy"

LIPPER: "Hehe yes please boy"


21. Kik chat between LIPPER and "_____" _____ from 9/1/2022. LIPPER and "_____" met in Kik group chat "#gayboiZunzipped". "_____" identifies himself as 12 years old from the _____ ____. LIPPER requests to have sex with the 12 year old and encourages the 12 year old to have sexual relations with his two (2) brothers, who are 11 years old and 18 years old and video tape it for him. An excerpt of the conversation is listed below:

LIPPER: "Why are you on kik?"

_____ : "Horny bored a man jerked me off and made me gay and now that's all I can think about"

LIPPER: "How old was he?...And where"

_____ : "Dunno late 20s? At a creek where we were swimming"

LIPPER: "How old were you the first time you came"

_____ : "I don't remember. Do you"

LIPPER: "Probably like 12"

_____ "Maybe 9"

LIPPER: "Wow you were young...I wish I could've watched it...The first time you came"

LIPPER: "Can I see you naked"

_____ "No"

LIPPER: "What are you up to?"

305B-TP-3712969

▬▬▬▬▬▬▬▬: "Sitting in first period. You"

LIPPER: "Any sexy friends in class?...Have you ever played with them?"

▬▬▬▬▬▬: "No"

LIPPER: "Do you want to"

▬▬▬▬▬▬▬: "Yes"

LIPPER: "Do you see them naked in the locker room? Or are you too young for that?"

LIPPER: "What ages do you like? Or any?"

▬▬▬▬▬▬: "Dunno...You"

LIPPER: "Same...Younger normally"

▬▬▬▬▬▬: "You play with boys my age or younger"

LIPPER: "I think it's hot that you like it...Your probably the youngest"

▬▬▬▬▬▬: "That's cool...You want younger then me"

LIPPER: "Maybe...Any brothers?...How old are they?"

▬▬▬▬▬▬: "18 11"

LIPPER: "And your 12...Are you close with them?"

▬▬▬▬▬▬: "We stay with our grandma"

LIPPER: "I'd love to see you...But it's okay if ur not comfortable"

LIPPER: "Have you ever done anything with a guy beside when he jerked you off?"

▬▬▬▬▬▬: "No"

LIPPER: "Do you want to?"

▬▬▬▬▬▬: "Yep"

LIPPER: "Do you watch porn?...What kind do you like?...Can I see the videos you watch?...Where do you watch them"

▬▬▬▬▬▬: "Kik"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple

Continuation of FD-302 of IPhone _____ , On 05/10/2023 , Page 37 of 59

LIPPER: "Can you share them direct to me?"

LIPPER: "Do you have you own room?"

████████████████ "No"

LIPPER: "Who do you share with?"

████████████: "Brothers"

LIPPER: "Do you all jerk together?...All at the same time?"

████████████ "Sometimes lol"

LIPPER: "Do you watch them?...Ever touch?"

████████████ "Yea lol...I couldn't tell if we did"

LIPPER: "Why not?"

████████████ "You'd think I'm weird"

LIPPER: "No I wouldn't...I'm asking because I think it's hot...So do you?"

████████████: "Yep"

LIPPER: "What do you do with each other?"

████████████ "You really want to know"

LIPPER: "Yes I really do"

████████████ "We play around"

LIPPER: "All three of you?...Do you like ur older or young brothers dick more?"

████████████ "Older"

LIPPER: "Does he fuck you?"

████████████: "Not really"

LIPPER: "Do you want him to?"

████████████: "Yea"

LIPPER: "You should ask him too...Tell him to go slow...And use lots of

305B-TP-3712969

Continuation of FD-302 of  (U) Forensic review of LIPPER's Apple
IPhone                                            , On  05/10/2023 , Page  39 of 59

LIPPER: "No it's hot...I wish I had a brother like that"

LIPPER: "When did your little bro join?"

█████████: "One night we were jacking off"

LIPPER: "Hot...Can he cum?"

████████ "Oh yea"

LIPPER: "He's so young and it's so hot that he can"

LIPPER: "Do you guys have pubes yet?"

██████████ "No"

LIPPER: "I like you...Do you and your brother play a lot?...Like be naked
and do stuff together...Do you do it a lot?"

████████████ "Yea...Everyday and night"

LIPPER: "I wish I could watch...You should sneak a video"

LIPPER: "Does he suck your dick?...Eat your butt?"

████████████ "Yea...Maybe"

LIPPER: "Fuck yes...I wanna eat ur ass"

████████████ "Where you wanna put your cum"

LIPPER: "Oh...In your tight hole...Or all over ur cute face"

████████████ "I can't wait to get home and fuck my bear"

LIPPER: "Can you video that?...Yes I do...I want a little brother...So bad"

LIPPER: "I love how small you are...I wanna suck it"

LIPPER: "You should convince your grandparents to take you all to Disney
world...Cause I live down the street...You can all come stay with me"

LIPPER: "Do you think your brothers would let me join...Or would it just be
me and you"

██████████: "Probably join...My big brother is a horn dog and my little
brother does we we tell him"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple
Continuation of FD-302 of <u>IPhone</u>                                   , On <u>05/10/2023</u> , Page <u>40 of 59</u>

LIPPER: "Is there actually a chance you would come to Orlando?"

████████████ "yeah...Been there twice"


22. Kik chat between LIPPER and "tempraincity" Tom Smith on 8/12/2022 through 1/16/2023. "Tempraincity" identifies himself as an adult with a young son "Jakey". LIPPER makes plans to meet up and have sex with the young son. An excerpt of the conversation is listed below:

LIPPER: "You should make a telegram...I have so much seabed there to show you...Videos"

LIPPER: "That you would love...But they are younger"

Tempraincity: "Or you mean like jakey's age"

LIPPER: "Just trust me...Ya...You need the app tho"

Tempraincity: "Take a pic of a still image from a favorite vid you stroke to"

LIPPER: Sends an image of Child Sexual Abuse Material (CSAM) of an approximate 10-12 year old male with an erect penis. (file name: f44cdfed-06f7-48ce-9445-6e8ca32870bf)

Tempraincity: "And what's he doing?"

LIPPER: "Jerking his tiny cock till he cums"

Tempraincity: "That's hot...Does anyone fuck him?"

LIPPER: "If you downloaded the app I would be able to send you the picture"

LIPPER: sends an image of CSAM of an adult male attempting to penetrate an approximate 6-8 year old male while lying on a bed (file name: 05637e0e-df2f-48be-8eef-206f618e4d2d)

LIPPER: "Do you like?"

Tempraincity: "Hottt...sexy man too...You wanna be him?"

LIPPER: "I really do"

Tempraincity: "You wanna make vids like that?"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

Continuation of FD-302 of   (U) Forensic review of LIPPER's Apple
IPhone                                        , On 05/10/2023 , Page 41 of 59

LIPPER: "So fucking bad"

Tempraincity: "You're hotter than that dude too"

LIPPER: "Hehe thanks...Jake's cuter then the kid"

LIPPER: "...And Jake can come sleep over...Send him down ahha"

Tempraincity: "Fuck yeah just you 2 alone...Doing like the vid except him moaning and interacting with you"

LIPPER: "Exactly...He would actually enjoy it"

Tempraincity: "And jakey is a bit bigger too"

Tempraincity: "I fucking love seeing young perv dudes like that guy or you into perv sex...very u expected and so hot"

LIPPER: "It's so hot...I love that you want your son to be used"

LIPPER: "When are you coming downzc...?*"

Tempraincity: "I can plan a trip"

Tempraincity: "So you want boy sex bad...Has your new job working around boys at the pool been making the sperm rise in your nuts more?"

LIPPER: "You know it"

Tempraincity: "When you date jakey do you want us to stay there sometime and hang by the pool when you work?...We have stayed at the Portofino next to Hard Rock and we like it...would be a fun stay cation for you too haha"

LIPPER: "Yes that would be so good...Or maybe you can just stay with me at my place"

Tempraincity: "Love to have you rubbimg.on jakey like that dude"

Tempraincity: "Sure you aren't too big for jakey?"

LIPPER: "He will learn"

Tempraincity: "How's that hard ped cock?"

LIPPER: "Needs to be sucked"

Tempraincity: "His mouth could just do the tip"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

Continuation of FD-302 of ___(U) Forensic review of LIPPER's Apple___ , On _05/10/2023_ , Page _42 of 59_
IPhone

LIPPER: "That's all I need"

Tempraincity: "Maybe as he sits on your mouth?"

LIPPER: "Yes...That untouched hole on my tongue

Tempraincity: "Tiny hairless pink slit"

LIPPER: "Fuck yes"

Tempraincity: "Maybe you can get an anal sex training kit with lots of different sized plugs and dildos"

Tempraincity: "Real talk...when we meet and do stuff, sure you're done for that kinda lifestyle?"

LIPPER: "Yes I am...We've talked about this...I am more then ready...I hope you are too...We've been trying to meet for over a year and a half now"

Tempraincity: "It's super taboo...A big step and not just gay sex...Yeah I know we have...just making sure"

LIPPER: "Any updated on when your coming down v"

Tempraincity: "I think around Columbus Day"

Tempraincity: "Been horny for jakeys Lil hole?"

LIPPER: "Yes I have been"

Tempraincity: "You need to train that hole"

LIPPER: "I still wanna see his hole....Touch it...Taste it"

Tempraincity: "Tongue fuck it"

LIPPER: "There was this one boy today at work maybe 13 with this big cock in his pants and he was showing off and had the cutest ass and face and I wanted to grab him so bad and play with his little body"

Tempraincity: "Dude that's hot!!!"

LIPPER: "He made me so hard"

Tempraincity: "Was he flirting?"

LIPPER: "I mean he's 12 he was showing off but idk if that's flirting"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple
iPhone                                          , On 05/10/2023 , Page 43 of 59

Tempraincity: "Flirt back"

LIPPER: "I was...He looked like he was semi hard the whole night"

LIPPER: "It would be better with Jake"

Tempraincity: "Way tighter...And hotter..."

LIPPER: "Wish you guys had come down and stayed at the hotel during it haha. I had free reign of the hotel"

LIPPER: "So many attractive boys...I was incharge of the games room so all the kids where there...There was this one 12 year old who I played chess with and he was so fucking cute and had a nice ass"

Tempraincity: "Your pedo dick needs love"

LIPPER: "It really does...Still waiting to meet Jake...And have Jake meet my cock"

LIPPER: "I wanna see his cock not yours...Go take a pic of him"

LIPPER: sends an image of CSAM of an approximate 6-8 year old male and an adult male engaged in penile/anal sex (file name: b69cf66c-6b73-44c5-bdc0-b8a7a2725972)

LIPPER: sends an image of an approximate 6-8 year old male and another person (unknown if male or female) is manually stimulating the child's penis (file name: 2462f2af-ada0-4df2-b576-9e76a50c6407)

LIPPER: sends an image of an approximate 6-8 year old male lying on his back and an adult male engaged in penile/anal sex with the child (file name: 73752267-2c1a-40bb-a382-a5a0a1312077)

LIPPER's cell phone shows the same conversation, but shows that LIPPER distributed Three (3) videos containing CSAM, as listed above. The forensic extraction shows the CSAM as images.

Tempraincity: "You're a naughty man...First and last are so hot...You have hot af vids...Love how he lubes up his man"

Tempraincity: "Which vid make you hottest?"

LIPPER: sends an image of an approximate 6-8 year old male and another person (unknown if male or female) is manually stimulating the child's penis (file name: 2462f2af-ada0-4df2-b576-9e76a50c6407)

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple
Continuation of FD-302 of IPhone _____, On 05/10/2023 , Page 44 of 59

LIPPER: "This one"

Tempraincity: "He just jacks him though...Just not very exciting and the guy didn't jizz"

LIPPER: "Cause he's too young"

Tempraincity: "I mean the older guy didn't jizz...the young guy did"


23. Kik chat between LIPPER and "beastm0de80" Deleted Deleted from 10/9/2022 through 10/10/2022. LIPPER and "beastm0de80" met on Kik group chat "#gaytabpervnolims". An excerpt of the conversation is listed below:

Beastm0de80: "What are you into?"

LIPPER: "Taboo...Kids teens family beast...Wbu"

Beastm0de80: "Teen, incest, force"

LIPPER: "What's ur favorite fantasy"

Beastm0de80: "Watching two teens fuck for the first time"

LIPPER: "Fuck that's hot...You just wanna watch?"

Beastm0de80: "Yeah, then when they finish I want to taste their cocks"

LIPPER: "How old r these teens? Like 13 or 17?"

Beastm0de80: "No 13 or so"

LIPPER: "Hot...I want them to not have body hair yet"

Beastm0de80: "Smooth peach fuzz on the nuts lol...Little nervous giggles coming from them, as they are feeling things they've never felt before"

Beastm0de80: "Have you c today?"

LIPPER: "I just did haha...I was watching guys play with dogs"

Beastm0de80: "I love knowing when guys get off to taboo"

LIPPER: "Same...I need more teen porn...But the animals I can find online"

Beastm0de80: "You have teen porn?"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

Continuation of FD-302 of  (U) Forensic review of LIPPER's Apple
IPhone _____ , On 05/10/2023 , Page 46 of 59

LIPPER: "Do you top or bottom?"

███████████: "Only been bottom"

LIPPER: "I wanna see it"

███████████: "You can fuck it if you was here 😺"

LIPPER: "Do you want to trade pics?"

███████████ "I only got a few saved"

LIPPER: "I wanna make you my bitch"

███████████: sends an image of his erect penis

LIPPER: "Is that you baby?"

███████████: "Yeah"

LIPPER: "Your so sexy"

LIPPER: sends an image of his erect penis

LIPPER: "I want to find someone your age or younger near me"

LIPPER: "Do you have any siblings?"

███████████: "Yeah I got one brother"

LIPPER: "Have you ever played with him?"

███████████ "Hmm ☐ I have touched him while asleep...He's younger...11"

LIPPER: "Do you think he would like it if he was awake?"

███████████: "I have suspicion he woke up once and pretended to be asleep"

LIPPER: "He gets hard when you do it?"

███████████ "Yeah he gets hard, not same room I just snuck in when very
horny"

LIPPER: "You should take pictures next time"

LIPPER: "I wish it was more normally to do stuff with family"

LIPPER: "How hot would it be if you ur dad and lil bro all played...I would

FD-302a (Rev. 05-08-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple

Continuation of FD-302 of  IPhone _____ , On  05/10/2023 , Page  47 of 59

love to watch that"

███████████: "Swear I'm so horny rn I wanna see if my bro is asleep 😈"

LIPPER: "Do it...But you have to send a video...Delete it after but it'll be here between us...I wanna see ur ass too. I would let you sit on my face"

LIPPER: "Just try it...Maybe you could play with his ass"

LIPPER: "Try putting ur dick in his mouth...Or cum on his face while he sleeps and wakes up all sticky"


25. Kik chat between LIPPER and "███████" on 11/16/2023 through 1/19/2023. "██████" identified himself as a 16 year old from ████████. An excerpt of the conversation is listed below:

LIPPER: "Is urs smooth or hairy?"

███████: "Smooth lol"

LIPPER: "I love eating a smooth ass"

███████: "You'd be eating mine anyway"

LIPPER: "True lol...You can use my face a seat"

███████ sends an image of an anus and testicles

LIPPER: "Fuck baby...Would be so worth it for that hairless ass"

LIPPER: "Like if I came to visit you I'd have to do a little work...But I'd just have you suck my dick while I do"

███████ "Are you not gonna return the favour"

LIPPER: "Of course I will...After I finished working...But I'd prob eat ur ass first"

███████: "Do you mind my age?"

LIPPER: "Do you mind that I like it?"

███████: "Not really...How young would you go"

LIPPER: "Maybe like 12"

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple

Continuation of FD-302 of IPhone _____ , On  05/10/2023  , Page  48 of 59

███████: "Oh damn"

LIPPER: "Is that weird?"

███████: "I'm not judging"

LIPPER: "How old would you go?"

███████ "25...Whatcha wearing"

LIPPER: "Shorts and a teshiet wbu...Tshirt"

███████: "I'm in school lol"

LIPPER: "You can't go to the bathroom?...I don't wanna send you moods while ur in class lol"

LIPPER: "Imagine me coming to ur school and just waiting for you in the bathroom...Your friends could join"


26. Kik chat between LIPPER and "jonasleon5" Jonas Leon on 12/26/2022 through 1/22/2023. LIPPER tells "jonasleon5" that he is communicating with a 12 year old.

LIPPER: "So I'm talking to this kid from the uk...He says he's 12"

jonasleon5: "Oh yeah?...Nice"

LIPPER: "And he's with his little bro and his cousin...The cousin is 7 the bro is 10...He's sending pics of the cousin"

jonasleon5: "Your dream scenario lol"

LIPPER: "I wanna be there babysitter"

LIPPER: "This kid is worried that there asses and holes don't look right cause I said some don't do he's sending me pics of everyone's for me to "examine" and tell him it's okay"

jonasleon5: "Awwwwww...Be careful though….

jonasleon5: "Sounds a little fishy….."

LIPPER: "I knowwwww"

jonasleon5: "But that last scenario he presented sounds a bit weird from a

FD-302a (Rev. 5-8-10)

305B-TP-3712969

Continuation of FD-302 of ___(U) Forensic review of LIPPER's Apple IPhone___ , On _05/10/2023_ , Page _49 of 59_

12 yo lol"

LIPPER: "He send a live pic of his hole...I know it's real"

LIPPER: "I got his and his cousins and I'm getting his brothers now"

jonasleon5: "How did your chat with the 12 end up?"

jonasleon5: "Did you get turned on?"

LIPPER: "We still are talking...He sends pics"

LIPPER: sends a screenshot of an article of two adult males "pimping" out their foster children.

LIPPER: "Lol this just popped up in my feed. You think it's a sign"


27. Kik chat between LIPPER and "pewchoie1023" Cody Peach on 10/7/2022 through 10/9/2022. Below is an excerpt of the conversation:

LIPPER: "What you into"

pewchoie1023: "I'm pretty open and u...Nice I. Really fantasize about teen boys"

pewchoie1023: "Fucking eh.  I just don't know if I could sleep with one I'm afraid of getting caught by the pigs"

LIPPER: "Same me too...It's also hard to find one"

LIPPER: "I want a hairless teen"

pewchoie1023: Sends images containing age difficult engaged in sexual acts

LIPPER: "Any younger"

pewchoie1023: Sends an image of a young male on his hands and knees naked. An adult male hand appears on his back.

LIPPER: "That's fucking hot...That kid getting fucked...I need to find a boy like that"


28. Kik chat between LIPPER and "vek9801" Vek Ek on 10/1/2022. LIPPER identifies his favorite age as 12 in this chat. An excerpt of the

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple
Continuation of FD-302 of IPhone                                      , On 05/10/2023 , Page 50 of 59

conversation is listed below:

LIPPER: "What you into?"

Vek9801: "Young, bondage and dogs...U"

LIPPER: "Same...Young for sure"

Vek9801: "Fave age"

LIPPER: "12"

Vek9801: "Me 10 heh"

LIPPER: "Hot...Ever done it?"

Vek9801: "My 9 year old cousin boy when I was 13"

LIPPER: "Fuck that's hot"


29. Kik chat between LIPPER and "lawsontrump2024" Chris Lawson on 9/26/2022.
LIPPER and "lawsontrump2024" met in Kik group chat "#gaytabpervnolims". An
excerpt of the conversation is listed below:

LIPPER: "How taboo are you"

Lawsontrump2024: "Very"

LIPPER: "Any siblings?"

Lawsontrump2024: "All younger"

LIPPER: "Do you too ur siblings?"

Lawsontrump2024: "I haven't fucked them in years"

Lawsontrump2024: "Can I fuck you...?"

LIPPER: "Only of you bring ur little bros"


30. Kik chat between LIPPER and "Mistress Reivin" on 8/15/2022 through
8/29/2022. LIPPER received several images of bestiality in this chat.

31. Kik chat between LIPPER and "connermuir1946" Connor Muir on 1/18/2023.

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple
Continuation of FD-302 of IPhone _____ , On 05/10/2023 , Page 51 of 59

LIPPER and "connermuir1946" met in Kik group "#gaysons4olders".
"Connermuir1946" identifies himself as 13 years old. An excerpt of the
conversation is listed below:

Connermuir1946: "Got any little boy vids"

LIPPER: "Maybe...Im 20 m...You?"

Connermuir1946: "Yes I have 3 And I'm 13"

LIPPER: "You said 14 in the chat"

LIPPER: "Can I see a live pic of you?"

Connermuir1946: sends an image of himself

LIPPER: sends an image of another male child approximately 10-12 years old
in his underwear.

LIPPER: "Wbu"


**Kik Group chats**

1. Group chat between 118 members and LIPPER. The group chat was from
1/30/2023 through 2/1/2023. The group rules show that "14+ only". Some
members in the group identify themselves as between 14 years old and 17
years old and others are adults. Some message examples included:

1. "▮▮▮▮▮▮▮▮▮▮▮▮▮" messaged the group "Hi 14 male California I'm horny
dm me to trade videos".

2. "▮▮▮▮▮▮▮▮▮" messaged the group "Any younger under 18 Hmu".

3. "▮▮▮▮▮▮▮▮▮" messaged the group "m 15 us for older".

LIPPER appears active in the group.


2. Group chat (#gayteenboifun) between 117 members and LIPPER. The group
chat was from 1/28/2023 through 2/1/2023. The group rules show that "20-"
(under 20 years old). Some members in the group identify themselves as
between 12 years old and 17 years old and others are adults. Some message
examples included:

FD-302a (Rev. 5-8-10)

305B-TP-3712969

(U) Forensic review of LIPPER's Apple
Continuation of FD-302 of IPhone _____ , On  05/10/2023 , Page  52 of 59

"█████████" messaged the group "Hello m17"

"██████" messaged the group "15 England vers wanna hairy vers bf"

"█████████" messaged the group "16m Germany verse, searching for a younger
bottom or top"

"████████████" messaged the group "Hey i am Paul i am 15 years old  Fronm
Germany  DM Open i can send live Pictures ☺"


3. Group chat (#parentingbedwetters) between 101 members and LIPPER. The
group chat was from 1/26/2023 through 2/1/2023. In the group chat, LIPPER
sends the group a message "How many kids and what ages/genders does everyone
have?" In this group, LIPPER met Kik user "It's Me" who states in the group
that he has a 9 year old daughter. LIPPER replies to "It's Me" and stated
"You'll just have to be the one to put her to bed every night" and "Does she
like when you touch her?". LIPPER and "It's Me" have a private Kik
conversation at a later date.


4. Group chat between 112 members and LIPPER. The group chat was from
1/25/2023 through 2/1/2023. The group rules show "☺☐Hello and Welcome ☺☐
***Profiles under 10 days will be booted*** ***You must have a profile pic
(PFP)*** Rules
1. State ASL
2. Verify with a LIVE pic of your cock, ass, or face, holding up 3 fingers .
No verify = ban
3. Be nice
4. No advertising your other socials (Snapchat, Insta, Wickr, Telegram etc),
or asking for them.
5. Don't invite other people before asking admins.
6. Dont ask or tell someone pm after you joined within the first 24 hours of
joining

Most importantly, 🍬🍬HAVE FUN🍬🍬"

There are many people in this group that LIPPER later has private Kik
messages with. LIPPER appears active in this group replying to images sent
with "Hot as fuck". Images of Child Sexual Abuse Material (CSAM) are
distributed in this group. One (1) image of CSAM was sent to the group by
"Cody Peach" on 2/1/2023 3:15:07 PM UTC+0. The image is of an approximate 7-
9 year old male lying on his back being anally raped by an adult male (file

FD-302a (Rev. 5-8-10)

305B-TP-3712969

Continuation of FD-302 of (U) Forensic review of LIPPER's Apple iPhone _____ , On 05/10/2023 , Page 53 of 59

name: ea571ff5-7f26-4e38-ae66-8be0f7bf958b).

5. Kik Group chat between 40 members and LIPPER. The group chat was from 1/23/2023 through 1/25/2023. The group name appears to be "Gay Anything" (#gaytabunboiz). Some of the communications included:

"Kinky Man": "Any pervs add me to pedo groups...Always down to make ped connections"

"Billy Benson": Sends an image of an erect penis and a black and white dog licking the erect penis (file name: b40766d4-4b14-4490-b674-95416a043938)

"Caleb Toby": "I wanna fuck my nephew and his son"

"Lucifer Winchester": "How old are they?"

"Caleb Tony": "My nephew is 26"

"D B": "I've got 2 nephews ( 21 and 19) that I'd let have their way with me"

"Billy Benson": "Bit old for me lol"

LIPPER: "You should ask them"

"Caleb Tony": "They stayed with me one time and I set up a spy cam in the bathroom. Got to watch them piss. Shower."

LIPPER: "Do you still have it?"

"Caleb Toby": "Yeah but have to remember the password to the cam app. I had the cam on the counter so mainly got my nephew. He's son wasn't tall enough for me to get many good views of him"

6. Kik group chat between LIPPER and 145 participants. The group chat was from 11/24/2022 through 1/31/2023. The group name appears to be "Boylink" and there are multiple links to Mega Nz files and Telegram links sent in the group chat. Part of the requirements to stay in the group is to send a link containing alleged CSAM. During the proffer with LIPPER, he confirmed that he sent links from Mega Nz which he received from other Kik groups he was in. Some of the communications included:

Rage Bot: "hey cutie, thanks for joining if you do not want to be kicked in 2 minutes please verify!

1. To verify send a boy link

FD-302a (Rev. 5-8-10)

305B-TP-3712969

Continuation of FD-302 of   (U) Forensic review of LIPPER's Apple
IPhone        , On   05/10/2023   , Page   54 of 59

2. No spamming
3. VERIFY
4. Ask before PM
6. Must have a pfp
7. ONLY boy links
8. Girl links = Kicked

Thanks for reading the rules now all you have to do it remember to verify!

SEND ONLY BOY LINK TO VERIFY OR KICKED"

7. Kik group chat between LIPPER and 100 participants on 10/7/2022 through 10/10/2022. Some of the conversation is related to having sex with children or having sex with adults when they were children. Some of the conversations included:

Rage Bot: "Welcome Pervs!

Please state ASL
AND your kinks/taboos upon entry !!

This is a No Limits group so be prepared.

Just saying you're - • into everything/all,
• no limits (nl),
• a perv
• or regular fetishes
ISN'T GONNA CUT IT !!

You will be removed if you state no fetishes/taboos, or say something general like perv, open minded, sub/dom, piss, feet blah blah.

If I don't think your fetishes are suitable for this NO LIMITS group, you will also be removed !

Be specific or be booted  !

Repeated attempts to join will result in a ban !

Must have a PFP (a solid color DOESN'T count) and an account older than 21 days.

No fucking around. Read the rules, type your ASL and kinks/taboos or you will be removed !!


FD-302a (Rev. 5-8-10)

305B-TP-3712969

Continuation of FD-302 of ___(U) Forensic review of LIPPER's Apple IPhone___ , On _05/10/2023_ , Page _56 of 59_

dicks🍆. Join with the link and verify☺

kik.me/g/Kf6kb2rjChirgUOKlAdhBc54NDc"

█████████: "13m us"


9. Kik group chat between LIPPER and 90 participants on 10/4/2022 through 2/1/2023. The group appears for teenagers 16 years old and younger. LIPPER appears active in the group. Some of the conversations included:

Rage Bot: "Be nice and after joining send ur verification to @max08big with ur face and dickpic. Size must be over 6.5 and u need to be under 16"


10. Kik group chat between LIPPER and an unknown number of participants on 10/1/2022. The groups chat is for buying and selling CSAM. The rules for the group are listed below:

Rage Bot: "✖Welcome ✿ welcome
THIS IS BUYING AND SELLING GROUP 🐰

WE DO SELL MEGALINKS, AND YOUNG Cp VIDEOS  AND THEY ARE NEW RARE
QUALITY 2022 STUFFS ✿✿✿

{NOTE} BUY FROM ONLY CROWN ♛ ADMINS ♛ @jerkinsb& @
chloegrac282
WE HAVE ALL KIND OF CONTENT ✿✿

{BUYER} STATE YOUR ASL AND PAYMENT METHOD ♀♀🍒🍒

SAY ☞(cost ) IF YOU ARE READY 🍆♥

WE MAKE OUR BUYERS FEEL COMFORTABLE WHEN AFTER PURCHASING 🍆👁♥✖

NO TRADE HERE AT ALL ✖✖✖✖

BUY AND ENJOY YOUR CONTENT 🍑🍑"


11. Kik group chat between LIPPER and an unknown number of participants on 10/1/2022. The groups chat is for buying and selling CSAM. The rules for the group are listed below:

FD-302a (Rev. 5-8-10)

305B-TP-3712969

Continuation of FD-302 of (U) Forensic review of LIPPER's Apple
IPhone
, On 05/10/2023 , Page 57 of 59

Rage bot: "❖**Welcome**❖
⑱This Group is for Buying Cp video p& Mega link Content Only.⑱

Please State your
▪Age
▪Country
▪Preferred Payment App


And a active admin will be with you shortly
If you are ready to buy say  (price)
👤❤️👤❖❖❖❖ ▓●☐☐▓

Enjoy and buy from admin only"

Rage Bot: "Dm me to buy 🍑rare cp boys & girls ☐link and videos ~~cococo~~with
prove. Kindly pm ⬇️⬇️⬇️
@cpsellero444"


12. Kik group chat between LIPPER and 71 other participants on 9/22/2022
through 9/26/2022. The group name appears to be "#gaytabnl". LIPPER appears
active in the group. Some of the conversations included:

LIPPER: "Whose the youngest in here"

YouKnow YouLikeIt: "Morning pervs and pedos!"


13. Kik group chat between LIPPER and 52 participants on 9/19/2022 through
9/25/2022. The group appears to be "#gaykidsyoun". LIPPER identifies himself
in the chat as being "17 m Florida". There are multiple participants that
identify themselves as between 13-17 years old.


14. Kik group chat between LIPPER and 85 other participants on 9/5/2022
through 9/13/2022. There are many teenagers between 14-17 years old.


15. Kik group chat between LIPPER and 122 other participants on 9/1/2022
through 9/4/2022. The group appears to be "#gayteensszz". Multiple

FD-302a (Rev. 5-8-10)

305B-TP-3712969

Continuation of FD-302 of (U) Forensic review of LIPPER's Apple
IPhone                                              , On 05/10/2023 , Page 58 of 59

participants identify themselves as 13-17 years old. Some of the
conversations included:

T V: "Hey, any horny boys under 15 dm @tyvan_1 ☺"

LIPPER: "Same lol"


16. Kik group chat between LIPPER and unknown number of participants on
8/15/2022 through 9/2/2022. The group appears to be "Fl beast lovers". Some
of the conversations included:

Rage Bot: "🐾HELLO AND WELCOME TO
            FL BEAST LOVERS!
    PLEASE READ AND FOLLOW ALL THE RULES!

🐾 If you dont you will be removed

🐾Please state your ASL and send a live video to one of the Admins, stating
your user name and the date.  *DO NOT REPLY TO RAGE!*

🐾If you don't have a profile picture, please obtain one. It doesn't have to
be of you, just use an unique image.

🐾.  No PMs until you verify.
        Do not PM with unverified members.
        No PM's without permission.

🐾.      No posting personal Dick/Cock pics in the group chat.

🐾.        Please be respectful.
            Don't be thirsty!
This is a safe space, any derogatory statements based on Race, Gender, or
Sexual Orientation will be deemed grounds for removal and/or banning.
Absolutely no kink shaming is allowed.

🐾NO images featuring or depicting minors are allowed. NO sharing of others`
pictures or videos without their explicit_ permission. Posting and sharing
this material will be cause for IMMEDIATE AND PERMANENT BANISHMENT!

🐾 Minimum Ages requirement: M-25  F-18

🐾Once you have read and understand the rules, please type "Beast" in the
group chat."

FD-302a (Rev. 5-8-10)

Case 6:23-cr-00020-WWB-LHP   Document 63-1   Filed 11/09/23   Page 59 of 59 PageID 454

305B-TP-3712969

Continuation of FD-302 of ____(U) Forensic review of LIPPER's Apple IPhone_____ , On __05/10/2023__ , Page __59 of 59__

17. Kik group chat between LIPPER and unknown number of participants on 8/15/2022 through 9/2/2022. The group appears to be "#Floridaknotlovers". Only responses by LIPPER are seen in the chat. LIPPER was removed from the group on 9/2/2022. Some of the questions by LIPPER included:

LIPPER: "You got a dog?"

LIPPER: "Ever play with one?"

LIPPER: "Do you want to get knotted or fuck the dog"

LIPPER: "That's so hot"

LIPPER: "Watching the dog shoot"


18. Kik group "Things Go" from 1/29/23. LIPPER appears active in the group. In this group, At least one (1) image of CSAM is transmitted to the group. This image contains an approximate 6-8 year old male child being anally raped by an adult male. This image was also seen on LIPPER's cell phone.


Some of the other Kik groups referencing taboo, young, and groups for kids 10-17 years old seen on LIPPER's cell phone included:

"Parenting Bedwetters"

"(20-) 10boi fun time..."

"Doggy fun..." (bestiality) Multiple videos of bestiality were transmitted in this group.

"Sexy Taboo"

"Bi/gay 17 and below"

"Tabu and P. 3. R. V. S."

"Boylink"

"Gay/bi kids (10-17)"