FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry    11/07/2023

A further review of ETHAN LIPPER (LIPPER) cell phone revealed the below information:

During LIPPER's proffer, he spoke about some videos on his cell phone of sex with two males, who may have been underage. LIPPER was not sure how old the two males were. Both of these incidents occurred in New Jersey, according to LIPPER. LIPPER spoke about one young male in 2020 (approximately 3 years prior to the proffer), a young male, blonde, possible teenager. He engaged in penile/anal sexual intercourse with this male in a van in a park while another adult male videotaped the encounter. The second young male with long hair arrived at his parents residence between 1/11/2023-1/18/2023, where he engaged in sexual acts with this male. LIPPER identified this young male as possibly 15-16 years old, but also possibly "pre-pubescent" stating that the male did not have any real hair growth and appeared underdeveloped.

Multiple videos were located on LIPPER's cell phone, which may include the videos LIPPER disclosed in his proffer. Some of the videos are listed below:

1. IMG_5511.MOV

1/22/2023 4:26:22 PM (UTC+0)

Latitude and Longitude: 40.26590, -74.41420 (16 Arrowhead Way, Millstone Township, NJ) (LIPPER's parents residence)

Description: Approximate One (1) minute and 42 second video containing LIPPER engaged in penile/anal sexual intercourse with another male. The other male is actively masturbating while engaged in penile/anal sexual intercourse. The male is lying on his back and his face is not visible in the video. The lighting in the room appears purple. It is unknown how old the male is in the video with LIPPER.

2. IMG_5512.MOV

---

Investigation on   11/06/2023   at   Orlando, Florida, United States (Other (Forensic review))

File #   305B-TP-3712969                                        Date drafted   11/07/2023

by   WING JENNIFER ALISA

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

305B-TP-3712969

Continuation of FD-302 of (U) Additional forensic review of LIPPER's cell phone , On 11/06/2023 , Page 2 of 6

1/22/2023 4:26:42 PM (UTC+0)

Latitude and Longitude: 40.26590, -74.41430 (16 Arrowhead Way, Millstone Township, NJ) (LIPPER's parents residence)

Description: Approximate 48 second video containing LIPPER engaged in penile/anal sexual intercourse with another male. The male is on his knees and stomach, and his face is not visible in the video. The lighting in the room appears purple. It is unknown how old the male is in the video with LIPPER.

3. IMG_5513.MOV

1/22/2023 4:26:52 PM (UTC+0)

Latitude and Longitude: 40.26570, -74.41420 (16 Arrowhead Way, Millstone Township, NJ) (LIPPER's parents residence)

Description: Approximate 48 second video containing LIPPER engaged in penile/anal sexual intercourse with another male. The male is lying on his back and his face is not visible in the video. The lighting in the room appears purple. It is unknown how old the male is in the video with LIPPER.

4. IMG_5514.MOV

1/22/2023 4:26:57 PM (UTC+0)

Latitude and Longitude: 40.26600, -74.41410 (16 Arrowhead Way, Millstone Township, NJ) (LIPPER's parents residence)

Description: Approximate One (1) minute and 14 second video containing LIPPER with another male. The male is on his back and is masturbating and ejaculating, and his face is not visible in the video. The lighting in the room appears purple. It is unknown how old the male is in the video with LIPPER.

There are several other videos (approximately 6 videos) which could be LIPPER and a young male inside a van, which LIPPER described in the proffer. It is unknown how old the other male is. The other male appears young and his body stature is small, but his face is not seen in the video. LIPPER was unable to provide any names or contact info to identify the young males.

**Listed below are other chat communications between LIPPER and other Kik and SnapChat users regarding the desire for sexual acts with children:**

**Fat.boys Do it better (whatever.boi_ze1)**

Kik chat on 1/20/2023

The other user reached out to LIPPER regarding his communication with ▓▓▓ ▓▓▓▓▓▓▓▓▓▓ (12yo ▓▓▓▓▓▓▓▓) communication. It is believed that LIPPER posted his communication with this 12 year old Child for others to comment. The other user asked for any of the images the 12 year old victim sent to LIPPER. An excerpt of the conversation is below:

LIPPER: "I'm currently talking to a. Boy whose babysitting his even younger bro and cousin and he is listening to me on advice for how to better wash each other".


**. . (Lord.gaga.18)**

Kik chat on 6/4/2022-1/20/2023

The other identifies himself as a 24 year old male from Illinois. When asked what age he is into, the other user says "Usually 10+. You?" LIPPER replies "Sameeee…Experience?", Other user "Yeah some. You?" LIPPER replies "I wish..I can't find any"


**JJ . (Johnsoccerboy89)**

Kik chat on 9/22/2022

LIPPER asks the other user "Got kids?" The other user replies "I wish that's my dream to have a boi or two". LIPPER replies "Hot…I would want two…At different ages…So I can teach the older and he can help me teach the younger".


**▓▓▓▓▓▓ (▓▓▓▓▓▓▓▓▓)**

Snapchat conversation from 8/31/2022-9/2/2022. The identification of "Bryce E" is ongoing. It is believed he resides in Michigan, according to the IP

305B-TP-3712969

Continuation of FD-302 of (U) Additional forensic review of LIPPER's cell phone , On 11/06/2023 , Page 4 of 6

logs of the Shapchat account.

█████ identifies himself as a 15 year old from Michigan. An excerpt of the conversation is listed below:

LIPPER: That's hot as fuck"

█████: "Ever fuck young? How young would you go I def don't judge it's a turn on"

LIPPER: "Prob like 12", "How old would you go"

█████: "…30's…", "Tbh I was fucked at 13 by 21 and fucking loved it"

LIPPER: "That's so hot…I wish it wasn't tabbooo"

█████: "Kinda males it hotter that it has to be secret"

LIPPER: "I wish you lived closer…I'd love to fuck you"

LIPPER: "I wish I meet you when you were younger"

█████: sends a picture- unable to see the picture in the extraction

LIPPER: "I wanna eat that ass"

█████: "That's from 14 ;)"

LIPPER: "What's the youngest pics you have"

█████: "13"

LIPPER: "Can I see"

█████: "Ever video you fucking or head"

LIPPER: "Yes have you?"

█████ "Like 17", "Let's see it…I'll show mine…I'm 14 in it"

LIPPER: sends an unknown image/video- unable to see it in extraction and "No I was 17 he was like 24…In my basement".

*Billy Benson (tbbynfm)*

305B-TP-3712969

Continuation of FD-302 of  (U) Additional forensic review of LIPPER's cell phone , On 11/06/2023 , Page 5 of 6

Kik chat from 1/19/23-1/31-23

The other user identifies himself as a 34 year old male from Scotland. An excerpt of the conversation is below:

Benson: Cool what you into?"

LIPPER: "Boys 8-16 and family fun wbu"

LIPPER: "Do you play with any kids now?"

Benson: "Unfortunately not last time was about 7 yrs ago"

LIPPER: "Damn. I need to find me a boy"

LIPPER: "I used to teach swim lessons to kids and their parents would leave their little boys with me and it took everything out of me not to get hard while holding them", "I would always "accidently" grab their cocks and asses", "I had popped a boner a few times but luckily the little ones were too nieve (sp) to notice"

LIPPER: "We had a slide and I would sit up there and there would be boys that would go down over and over and I would sit there with a boner and it would just be the two of us at the top and I would hope he would male a move", "Ugh I'm so hard thinking about it"

Benson: "Yng boy porn…What ages you seen ?"

LIPPER: "I seen infant and I've seen young teen", "I wish I could try it…Young teen….not infant"

Benson: "I've seen 5/6 sucking cock that was hot"

LIPPER: "Fuckkk"

Benson: "Imagine a nice smooth slim lad 11/12 between us…"

LIPPER: "Fuckkk", "If only this was real…I'd cum hands free"


### Kik Group chat on 1/19/23

One user says "It's nice to be on the bed in between the washing, and looking for some good young". LIPPER replies "Aren't we all". Another user says "Umm, my friend has 2 boys, Supper cute" and LIPPER replies "Would ur

FD-302a (Rev. 5-8-10)

305B-TP-3712969

Continuation of FD-302 of (U) Additional forensic review of LIPPER's cell phone , On 11/06/2023 , Page 6 of 6

friend let you baby sit?"

## Kik Group chat summaries and significant information

LIPPER was a part of multiple Kik groups dedicated to buying CP videos and Mega NZ links.

LIPPER was a part of Kik group chat and identifies himself as 17 year old male in Florida.

LIPPER was a part of Kik group "gayteensszz" and one user says "Hey, any horny boys under 15 dm @tyvan_1 😳" LIPPER replies "Same lol"

LIPPER has entire chat with Mistress Reivin, which includes multiple images of bestiality being received by LIPPER between 8/24/2022-8/25/2022.

LIPPER was part of a Kik group called "Beast lovers" for people sexually attracted to animals and having sex with animals.

LIPPER was part of Kik group called "Florida knot lovers" for bestiality and states "Ever play with one?", "Do you want to get knotted or fuck the dog", "That's so hot…Watching the dog shoot". 8/15/2022, removed from the group on 9/2/2022

LIPPER communicated with multiple underage boys between 12-17 years old. In the chats that are present in his cell phone, some are unclear whether he asked them to produce any CSAM or if any images of CSAM were sent to LIPPER from the other child users. Identification of these child victims are ongoing. Ones not previously listed in other forensic review 302 are listed below:

1. ▬▬▬ (▬▬▬▬▬▬) 1/19-23-1/20/23, LIPPER met in #gaysons4olders, and child identifies themselves as 16 years old.
2. ▬▬▬▬ (▬▬▬▬▬) 1/23/23, identified themselves as 17 years old.